Frank J. Wright
Texas Bar No. 22028800
Jeffery M. Veteto
Texas Bar No. 24098548
Jay A. Ferguson
Texas Bar No. 24094648
**LAW OFFICES OF FRANK J. WRIGHT, PLLC**
2323 Ross Avenue, Suite 730
Dallas, Texas 75201
Telephone: (214) 935-9100

**PROPOSED COUNSEL TO DEBTOR
STUDIO MOVIE GRILL HOLDINGS, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-32633-11 |
| | § | |
| **STUDIO MOVIE GRILL HOLDINGS, LLC,** | § | Chapter 11 |
| *et al.*,[1] | § | |
| DEBTOR. | § | Joint Administration Requested |

## DEBTORS' CORPORATE OWNERSHIP STATEMENT AND

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Studio Movie Grill Holdings, LLC (6546) ("SMG Holdings"); OHAM Holdings, LLC (0966); Movie Grill Concepts Trademark Holdings, LLC (3096); Movie Grill Concepts I, Ltd. (6645); Movie Grill Concepts III, Ltd. (2793); Movie Grill Concepts IV, Ltd. (1454); Movie Grill Concepts IX, LLC (3736); Movie Grill Concepts VI, Ltd. (6895); Movie Grill Concepts VII, LLC (2291); Movie Grill Concepts X, LLC (6906); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XII, LLC (6040); Movie Grill Concepts XIII, LLC (5299); Movie Grill Concepts XIV, LLC (4709); Movie Grill Concepts XIX, LLC (9646); Movie Grill Concepts XL, LLC (4454); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLII, LLC (2309); Movie Grill Concepts XLIII, LLC (9721); Movie Grill Concepts XLIV, LLC (8783); Movie Grill Concepts XLV, LLC (2570); Movie Grill Concepts XV, LLC (4939); Movie Grill Concepts XVI, LLC (1033); Movie Grill Concepts XVII, LLC (1733); Movie Grill Concepts XVIII, LLC (8322); Movie Grill Concepts XX, LLC (7300); Movie Grill Concepts XXI, LLC (1508); Movie Grill Concepts XXII, LLC (6748); Movie Grill Concepts XXIV, LLC (5114); Movie Grill Concepts XXIX, LLC (5857); Movie Grill Concepts XXV, LLC (4985); Movie Grill Concepts XXVI, LLC (5233); Movie Grill Concepts XXVII, LLC (4427); Movie Grill Concepts XXVIII, LLC (1554); Movie Grill Concepts XXX, LLC (1431); Movie Grill Concepts XXXI, LLC (3223); Movie Grill Concepts XXXII, LLC (0196); Movie Grill Concepts XXXIII, LLC (1505); Movie Grill Concepts XXXIV, LLC (9770); Movie Grill Concepts XXXIX, LLC (3605); Movie Grill Concepts XXXV, LLC (0571); Movie Grill Concepts XXXVI, LLC (6927); Movie Grill Concepts XXXVII, LLC (6401); Movie Grill Concepts XXXVIII, LLC (9657); Movie Grill Concepts XXIII, LLC (7893); Studio Club, LLC (3023); Studio Club IV, LLC (9440); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLVI, LLC (2344); Movie Grill Concepts XLVII, LLC (5866); Movie Grill Concepts XLVIII, LLC (8601); Movie Grill Concepts XLIX, LLC (0537); Movie Grill Concepts L, LLC (5940); Movie Grill Concepts LI, LLC (7754); Movie Grill Concepts LII, LLC (8624); Movie Grill Concepts LIII, LLC (3066); Movie Grill Concepts LIV, LLC (2018); Movie Grill Concepts LV, LLC (4699); Movie Grill Partners 3, LLC (4200); Movie Grill Partners 4, LLC (1363); Movie Grill Partners 6, LLC (3334); and MGC Management I, LLC (3224).

## LIST OF EQUITY SECURITY HOLDERS

OHAM Holdings, LLC ("OHAM Holdings"), Studio Movie Grill Holdings, LLC ("SMG Holdings"), and their debtor affiliates (collectively with OHAM and SMG Holdings, the "Debtors" or "SMG"), by and through their proposed undersigned counsel, submit pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), (3) and 7007.1 their *Corporate Ownership Statement and List of Equity Security Holders* identifying the holders of equity securities[2] as of the Petition Date. The Debtors would respectfully disclose and show the Court as follows:

### I.
### OHAM Holdings

1.  OHAM Holdings is a Texas limited liability company, whose last four (4) digits of its federal tax identification number are 0966. The membership equity of OHAM Holdings is owned as of the Petition Date as follows:

| MEMBER | OWNED PERCENTAGE |
|---|---|
| Brian Schultz | 77.5% |
| Virginia Schultz | 1.0% |
| Theodore Croft | 1.0% |
| SMG Team Equity Holdings, LLC | 7.0% |
| TSO SMG Warrant Investment Aggregator | 13.185% |
| Michael Lambert Trust | 0.315% |

### II.
### SMG Holdings

2.  SMG Holdings is a Texas limited liability company, whose last four (4) digits of its federal tax identification number are 6546. The membership equity of SMG Holdings is owned in totality (100%) by OHAM Holdings.

### III.
### Other Debtors and Non-Debtor Affiliates

3.  All other Debtors are owned in totality either directly or indirectly by SMG Holdings.

---

[2] Addresses of the holders of equity securities are on file with the Debtors and available upon request subject to contemporaneously sought individual privacy protection authorizations and other applicable privacy and confidentiality requirements.

All non-debtor affiliates are also owned in totality either directly or indirectly by SMG Holdings. A complete organization chart demonstrating the ownership structure is attached as **Exhibit "A"** hereto.

## IV.
## Corporate Ownership Statement

4. Accordingly, Brian Schultz and TSO SMG Warrant Investment Aggregator are the only persons that directly or indirectly own 10% or more of any class of OHAM Holdings' equity interests. As detailed above, OHAM Holdings owns 10% or more of SMG Holdings' equity interests and SMG Holdings owns 10% or more of all the other Debtor's equity interests.

DATED: October 23, 2020             Respectfully submitted,

                    **LAW OFFICES OF FRANK J. WRIGHT, PLLC**

                    By:   */s/ Frank J. Wright*
                          Frank J. Wright
                          Texas Bar No. 22028800
                          Jeffery M. Veteto
                          Texas Bar No. 24098548
                          Jay A. Ferguson
                          Texas Bar No. 24094648

                    2323 Ross Avenue, Suite 730
                    Dallas, Texas 75201
                    Telephone: (214) 935-9100
                    **PROPOSED COUNSEL TO DEBTORS**
                    **AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the parties listed below, on all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas and *via* United States Mail, first class postage prepaid, on October 23, 2020 on the Debtor's Top Thirty (30) Largest Unsecured Creditors.

U.S. Trustee
1100 Commerce St.
Room 976
Dallas, Texas 75242

                    */s/ Frank J. Wright*
                    Frank J. Wright