**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISON**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STUDIO MOVIE GRILL HOLDINGS, LLC, et al. | : | Case No. 20-32633-sgj11 |
| | : | |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Jeffrey Kurtzman, Esquire of Kurtzman | Steady, LLC hereby appears for PREIT Services, LLC, as agent for WG Park Anchor B, L.P. in the above-captioned Chapter 11 case.  The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002.  All such notices should be addressed as follows:

> Jeffrey Kurtzman, Esquire
> **KURTZMAN | STEADY, LLC**
> 401 S. 2nd Street, Suite 200
> Philadelphia, PA  19147
> Telephone:  (215) 839-1222
> Email:  kurtzman@kurtzmansteady.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Dated: October 27, 2020              **KURTZMAN | STEADY, LLC**

By: */s/ Jeffrey Kurtzman*
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147
Telephone: (215) 839-1222
Email:  kurtzman@kurtzmansteady.com

Attorneys PREIT Services, LLC, as agent for WG Park Anchor B, L.P.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, 2020, he caused a copy of the foregoing Notice of Appearance and Request for Service of Papers Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002 to be served upon the following and all registered parties via the Court's CM/ECF electronic filing system.

| Frank Jennings Wright, Esquire<br>Law Office of Frank J. Wright, PLLC<br>2323 Ros Avenue, Suite 730<br>Dallas, TX  75201 | Office of the U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX  75202 |
|---|---|

*/s/ Jeffrey Kurtzman*
JEFFREY KURTZMAN