**Keith M. Aurzada**
**(State Bar No. 24009800)**
**REED SMITH, LLP**
**2850 N. Harwood Street, Suite 1500**
**Dallas, Texas 75201**
**T: 469.680.4200**
**F: 469.680.4299**

**Attorney for Spirit Realty, L.P.** and
**Spirit Master Funding X, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Studio Movie Grill Holdings, LLC, et al[1] | § | Case No. 20-32633-SGJ-11 |
| | § | |
| Debtor. | § | |
| | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that **Spirit Realty, L.P.** and **Spirit Master Funding X,**

**LLC,** hereby enters its appearance by and through its counsel, Reed Smith LLP, pursuant to

11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002,

3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings

given or filed in the above-captioned case be given and served upon:

---

[1] 320-32634-MVL-11 OHAM Holdings, LLC; 320-32635-MVL-11 Movie Grill Partners 6, LLC; 320-32637-HDH-11 Movie Grill Concepts III, Ltd; 320-32641-MVL-11 Movie Grill Concepts XXXVIII, LLC; 320-32642-SGJ-11 Movie Grill Partners 4, LLC; 320-32643-MVL-11 Movie Grill Partners 3, LLC; 320-32644-HDH-11 Movie Grill Concepts XXXVII, LLC; 320-32645-SGJ-11 Movie Grill Concepts LV, LLC; 320-32646-MVL-11 Movie Grill Concepts Trademark Holdings, LLC; 320-32647-SGJ-11 MGC Management I, LLC; 320-32648-HDH-11 Movie Grill Concepts XXI, LLC; 320-32649-SGJ-11 Movie Grill Concepts LIII, LLC; 320-32650-HDH-11 Movie Grill Concepts VII, LLC; 320-32651-MVL-11 Movie Grill Concepts XII, LLC; 320-32652-HDH-11 Movie Grill Concepts XLII, LLC; 320-32653-SGJ-11 Movie Grill Concepts XLIV, LLC; 320-32654-MVL-11 Movie Grill Concepts XLVI, LLC; 320-32655-HDH-11 Movie Grill Concepts XV, LLC; 320-32656-MVL-11 Movie Grill Concepts XVI, LLC; 320-32657-SGJ-11 Movie Grill Concepts XVIII, LLC; 320-32658-SGJ-11 Movie Grill Concepts XXIV, LLC; 320-32659-MVL-11 Movie Grill Concepts X, LLC; 320-32660-HDH-11 Movie Grill Concepts XXXIII, LLC; 320-32661-SGJ-11 Movie Grill Concepts L, LLC; 320-32662-MVL-11 Movie Grill Concepts XXXIV, LLC; 320-32663-HDH-11 Movie Grill Concepts LIV, LLC; 320-32664-MVL-11 Movie Grill Concepts XXX, LLC; 320-32665-MVL-11 Studio Club IV, LLC; 320-32666-HDH-11 Movie Grill Concepts I, Ltd; 320-32667-HDH-11 Movie Grill Concepts XXXV, LLC; 320-32669-SGJ-11 Movie Grill Concepts XI, LLC; 320-32670-SGJ-11 Movie Grill Concepts IX, LLC; 320-32671-MVL-11 Movie Grill Concepts XLIX, LLC; 320-32672-HDH-11 Movie Grill Concepts LII, LLC; 320-32673-SGJ-11 Movie Grill Concepts XXII, LLC; 320-32674-MVL-11 Movie Grill Concepts VI, Ltd; 320-32675-HDH011 Movie Grill Concepts XXVIII, LLC; 320-32676-MVL-11 Movie Grill Concepts XXXII, LLC; 320-32677-SGJ-11 Movie Grill Concepts IV, Ltd; 320-32678-HDH-11 Movie Grill Concepts XXXVI, LLC; 320-32680-SGJ-11 Movie Grill Concepts XIV, LLC; 320-32681-HDH-11 Movie Grill Concepts XIX, LLC; 320-32682-SGJ-11 Movie Grill Concepts XL, LLC; 320-32683-MVL-11 Movie Grill Concepts XLIII, LLC; 320-32684-SGJ-11 Movie Grill Concepts XLVII, LLC; 320-32685-MVL-11 Movie Grill Concepts XVII, LLC; 320-32686-MVL-11 Movie Grill Concepts XXIII, LLC; 320-32687-HDH-11 Movie Grill Concepts XXV, LLC; 320-32688-HDH-11 Movie Grill Concepts XXXIX, LLC; 320-32689-SGJ-11 Movie Grill Concepts XXVI, LLC; 320-32690-SGJ-11 Movie Grill Concepts XXIX, LLC; 320-32691-MVL-11 Movie Grill Concepts XXVII, LLC; 320-32692-HDH-11 Studio Club, LLC; 320-32693-HDH-11 Movie Grill Concepts XXXI, LLC; 320-32694-SGJ-11 Movie Grill Concepts XX, LLC; 320-32695-MVL-11 Movie Grill Concepts LI, LLC; 320-32697-SGJ-11 Movie Grill Concepts XIII, LLC; 320-32698-HDH-11 Movie Grill Concepts XLVIII, LLC; 320-32699-MVL-11 Movie Grill Concepts XLV, LLC; 320-32700-SGJ-11 Movie Grill Concepts XLI, LLC

Keith M. Aurzada
REED SMITH LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299
Kaurzada@reedsmith.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules cited above, but also without limitation to all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise that affects or seeks to affect or may potentially affect in any way the Debtor or its estate or creditors thereof, or any property or proceeds in which the Debtor or its estate may claim an interest.

DATED: October 30, 2020

Respectfully submitted,

By: */s/ Keith M. Aurzada*
     Keith M. Aurzada
     State Bar No. 24009800

     REED SMITH LLP
     2850 N. Harwood Street, Suite 1500
     Dallas, Texas 75201
     Telephone: 469.680.4200
     Facsimile: 469.680.4299
     Email: kaurzada@reedsmith.com

     *Attorneys for Spirit Realty, L.P. and*
     *Spirit Master Funding X, LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 30, 2020**, a true and correct copy of the above foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic service in this matter.

                    */s/     Keith Miles Aurzada*
                        Keith M. Aurzada