United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-8967

Lisa L. Lambert,
Assistant United States Trustee
lisa.l.lambert@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Studio Movie Grill Holdings,** | § | **Case No. 20-32633-sgj-11** |
| **LLC, et al.,** | § | **Chapter 11** |
| | § | |
| | § | |
| **Debtors-in-Possession.** | § | **(Jointly Administered)** |

## Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE STACEY G.C. JERNIGAN, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

**Committee Members:**

**Michael Esqueda
4212 Lightning Court
Bakersfield, CA  93312
661-496-4151
Michaelesqueda94@gmail.com**

**Segars Group LLC**
Attn:  Barry D. Segars, President
14355 Providence Road
Milton, GA  30004
770-757-7279
678-624-7708-fax
bsegars@segarsgroup.com


**BwanaTheater Partners, LLC**
Attn:  Lauren Goldstein, Co-Managing Member
6632 Telegraph Road, #193
Bloomfield Hills, MI  48301
248-885-8480
248-630-2637-fax
laurenfgoldstein@me.com


**Spirit Realty, L.P.**
Attn:  Daniel Rosenberg, Sr. Vice President
2727 North Harwood Street, Ste. 300
Dallas, TX  75201
972-476-1958
drosenberg@spiritrealty.com


**Performance Food Group, Inc.**
d/b/a Vistar Corporation
Attn:  Bradley Boe, Director of Credit
188 Inverness Drive West, 7th Floor
Englewood, CO  80112
303-662-7121
303-898-8137-cell
Brad.boe@pfgc.com

Dated:    Dallas, Texas             WILLIAM T. NEARY,
          November 16, 2020       UNITED STATES TRUSTEE

                                                       By:    */s/ Lisa L. Lambert*
                                                                    Lisa L. Lambert
                                                                    Assistant United States Trustee
                                                                    TX Bar # 11844250
                                                                    Office of the United States Trustee
                                                                    1100 Commerce Street, Room 976
                                                                    Dallas, Texas  75242
                                                                    (214) 767-8967
                                                                    [lisa.l.lambert@usdoj.gov](mailto:lisa.l.lambert@usdoj.gov)