Frank J. Wright
Texas Bar No. 22028800
Jeffery M. Veteto
Texas Bar No. 24098548
Jay A. Ferguson
Texas Bar No. 24094648
**LAW OFFICES OF FRANK J. WRIGHT, PLLC**
2323 Ross Avenue, Suite 730
Dallas, Texas 75201
Telephone: (214) 935-9100

**COUNSEL TO DEBTORS AND DEBTORS-
IN-POSSESSION, STUDIO MOVIE GRILL
HOLDINGS, LLC,** *et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 20-32633-SGJ** |
| | § | |
| **STUDIO MOVIE GRILL HOLDINGS, LLC,** | § | **Chapter 11** |
| ***et al.,***[1] | § | |
| **DEBTOR.** | § | **Jointly Administered** |

### OFFICIAL SERVICE LIST

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Studio Movie Grill Holdings, LLC (6546) ("**SMG Holdings**"); OHAM Holdings, LLC (0966); Movie Grill Concepts Trademark Holdings, LLC (3096); Movie Grill Concepts I, Ltd. (6645); Movie Grill Concepts III, Ltd. (2793); Movie Grill Concepts IV, Ltd. (1454); Movie Grill Concepts IX, LLC (3736); Movie Grill Concepts VI, Ltd. (6895); Movie Grill Concepts VII, LLC (2291); Movie Grill Concepts X, LLC (6906); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XII, LLC (6040); Movie Grill Concepts XIII, LLC (5299); Movie Grill Concepts XIV, LLC (4709); Movie Grill Concepts XIX, LLC (9646); Movie Grill Concepts XL, LLC (4454); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLII, LLC (2309); Movie Grill Concepts XLIII, LLC (9721); Movie Grill Concepts XLIV, LLC (8783); Movie Grill Concepts XLV, LLC (2570); Movie Grill Concepts XV, LLC (4939); Movie Grill Concepts XVI, LLC (1033); Movie Grill Concepts XVII, LLC (1733); Movie Grill Concepts XVIII, LLC (8322); Movie Grill Concepts XX, LLC (7300); Movie Grill Concepts XXI, LLC (1508); Movie Grill Concepts XXII, LLC (6748); Movie Grill Concepts XXIV, LLC (5114); Movie Grill Concepts XXIX, LLC (5857); Movie Grill Concepts XXV, LLC (4985); Movie Grill Concepts XXVI, LLC (5233); Movie Grill Concepts XXVII, LLC (4427); Movie Grill Concepts XXVIII, LLC (1554); Movie Grill Concepts XXX, LLC (1431); Movie Grill Concepts XXXI, LLC (3223); Movie Grill Concepts XXXII, LLC (0196); Movie Grill Concepts XXXIII, LLC (1505); Movie Grill Concepts XXXIV, LLC (9770); Movie Grill Concepts XXXIX, LLC (3605); Movie Grill Concepts XXXV, LLC (0571); Movie Grill Concepts XXXVI, LLC (6927); Movie Grill Concepts XXXVII, LLC (6401); Movie Grill Concepts XXXVIII, LLC (9657); Movie Grill Concepts XXIII, LLC (7893); Studio Club, LLC (3023); Studio Club IV, LLC (9440); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLVI, LLC (2344); Movie Grill Concepts XLVII, LLC (5866); Movie Grill Concepts XLVIII, LLC (8601); Movie Grill Concepts XLIX, LLC (0537); Movie Grill Concepts L, LLC (5940); Movie Grill Concepts LI, LLC (7754); Movie Grill Concepts LII, LLC (8624); Movie Grill Concepts LIII, LLC (3066); Movie Grill Concepts LIV, LLC (2018); Movie Grill Concepts LV, LLC (4699); Movie Grill Partners 3, LLC (4200); Movie Grill Partners 4, LLC (1363); Movie Grill Partners 6, LLC (3334); and MGC Management I, LLC (3224).

**PLEASE TAKE NOTICE** that the official service list attached hereto as **Exhibit "A"** is filed pursuant to Paragraph 1(d) of the Order Granting Complex Chapter 11 Bankruptcy Case (the "**Complex Order**") [Docket No. 094]. Pursuant to Paragraph 1(a) of the Complex Order, all motions, pleadings, notices or other matters requiring notice (except as otherwise provided in the Bankruptcy Code) shall be served on this official service list.

DATED:  December 15, 2020                    Respectfully submitted,

                                **LAW OFFICES OF FRANK J. WRIGHT, PLLC**

                                By:    */s/ Jeffery M. Veteto*
                                          Frank J. Wright
                                          Texas Bar No. 22028800
                                          Jeffery M. Veteto
                                          Texas Bar No. 24098548
                                          Jay A. Ferguson
                                          Texas Bar No. 24094648

                                2323 Ross Avenue, Suite 730
                                Dallas, Texas 75201
                                Telephone: (214) 935-9100

                                **COUNSEL TO DEBTORS AND DEBTORS-
                                IN-POSSESSION, STUDIO MOVIE GRILL
                                HOLDINGS, LLC, *et al.***

## CERTIFICATE OF SERVICE

        I hereby certify that on December 15, 2020, a true and correct copy of the foregoing document was served on the parties on all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas.

                                 */s/ Jeffery M. Veteto*
                                    Jeffery M. Veteto

## MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**COUNSEL FOR 5500 SOUTH  FREEWAY LLC**

AKERMAN LLP
DAVID PARHAM
2001 ROSS AVE.,STE 3600
DALLAS TX 75201

**COUNSEL FOR CRESTLINE INVESTORS INC**

JONES DAY
PAUL M GREEN
717 TEXAS STE 3300
HOUSTON TX 77002

**COUNSEL FOR 5500 SOUTH FREEWAY LLC**

AKERMAN LLP
KATHERINE C FACKLER
50 NORTH LAURA ST.,STE 3100
JACKSONVILLE FL 32202

**COUNSEL FOR DELL FINANCIAL SERVICES LLC**

STREUSAND LANDON OZBURN & LEMMON LLP
RICHARD D VILLA
1801 S MOPAC EXPRESSWAY STE 320
AUSTIN TX 78746

**COUNSEL FOR AMREIT SSPF BERKELEY LP**

ROSS BANKS MAY CRON & CAVIN PC
JAMES V LOMBARDI III;JOHN MAYER
7700 SAN FELIPE STE 550
HOUSTON TX 77063

**COUNSEL FOR EMJ CORPORATION**

FOLEY & LARDNER LLP
STEPHEN A MCCARTIN;MARK C MOORE;MELINA N BALES
2021 MCKINNEY AVE.,STE 1600
DALLAS TX 75201

**COUNSEL FOR BL CITRUS LLC**

ERVIN COHEN & JESSUP LLP
BYRON Z MOLDO
9401 WILSHIRE BLVD.,9TH FLOOR
BEVERLY HILLS CA 90212

**COUNSEL FOR HARRIS COUNTY;CYPRESS FAIRBANKS ISD**

LINEBARGER GOOGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064

**COUNSEL FOR COLLIN COUNTY TAX ASSESSOR COLLECTOR**

ABERNATHY ROEDER BOYD & HULLETT PC
PAUL M LOPEZ;LARRY R BOYD;EMILY M HAHN
1700 REDBUD BLVD STE 300
MCKINNEY TX 75069

**COUNSEL FOR PLANO ISD**

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LINDA D REECE
1919 S SHILOH RD.,STE 310
GARLAND TX 75042

EXHIBIT "A"

## MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**COUNSEL FOR PREIT SERVICES LLC, AS AGENT FOR WG PARK ANCHOR B,L.P.**

KURTZMAN STEADY LLC
JEFFREY KURTZMAN,ESQ
401 S 2ND ST.,STE 200
PHILADELPHIA PA 19147

**COUNSEL FOR THE COUNTY OF DENTON, TEXAS**

MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY
P O BOX 1269
ROUND ROCK TX 78680

**COUNSEL FOR RESERVE CAPITAL HIDDEN GROVE SPE LLC**

MARSHALL LAW
JOE E MARSHALL ,ESQ
3131 MCKINNEY AVE.,STE 600
DALLAS TX 75204

**COUNSEL FOR THE STATE OF TEXAS**

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
JASON B BINFORD;LAYLA D MILLIGAN
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548 MC008
AUSTIN TX 78711-2548

**COUNSEL FOR RICHARDSON ISD;ARLINGTON ISD; CITY OF COLLEYVILLE;GRAPEVINE-COLLEYVILLE ISD**

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
EBONEY COBB
500 E. BORDER ST.,STE 640
ARLINGTON TX 76010

**COUNSEL FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
KIMBERLY A WALSH, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIV MC 008
P O BOX 12548
AUSTIN TX 78711-2548

**COUNSEL FOR SMITH COUNTY;TARRANT COUNTY;LEWISVILLE ISD; DALLAS COUNTY**

LINEBARGER GOOGAN BLAIR & SAMPSON LLP
LAURIE A SPINDLER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207

**COUNSEL FOR UNIVERSAL FILM EXCHANGES LLC**

REED SMITH LLP
MARSHA A HOUSTON;CHRISTOPHER O RIVAS
355 SOUTH GRAND AVE.,STE 2900
LOS ANGELES CA 90071-1514

**COUNSEL FOR SPIRIT REALTY L.P.;SPIRIT MASTER FUNDING X LLC**

REED SMITH LLP
KEITH M AURZADA
2850 N HARWOOD ST.,STE 1500
DALLAS TX 75201

**COUNSEL FOR VERITEX COMMUNITY BANK**

THOMPSON & KNIGHT LLP
BRUCE J ZABARAUSKAS,ESQ
1722 ROUTE 31.,STE 1500
DALLAS TX 75201

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**COUNSEL TO BRIAN SCHULTZ (CEO & FOUNDER)**

LAW PRACTICE OF DARRELL R. JONES PLLC
DARRELL R JONES
5300 MEMORIAL DRIVE
SUITE 475
HOUSTON TX 77007

**COUNSEL TO FILM TECH**

GRIFFITH, JAY AND MICHEL LLP
MARK J. PETROCCHI
2200 FOREST PARK BLVD
FORT WORTH TX 76110

**COUNSEL TO SECURED LENDER CRESTLINE**

JONES DAY
MICHAEL C. SCHNEIDEREIT
250 VESSEY STREET
NEW YORK NY 10281

JONES DAY
JOHN E MAZEY
2727 NORTH HARWOOD STREET
SUITE 500
DALLAS TX 75201

JONES DAY
NICHOLAS J. MORIN
250 VESEY STREET
NEW YORK NY 10281

**COUNSEL TO SENIOR LENDER - GOLDMAN SACHS**

VINSON & ELKINS
WILLIAM L. WALLANDER
TRAMMEL CROW CENTER
2001 ROSS AVE.  SUITE 3900
DALLAS TX 75201

VINSON & ELKINS
BRAD FOXMAN
TRAMMEL CROW CENTER
2001 ROSS AVE SUITE 3900
DALLAS TX 75201

VINSON & ELKINS
MICHAEL E BIELBY JR
TRAMMEL CROW CENTER
2001 ROSS AV. SUITE 3900
DALLS TX 75201

VINSON & ELKINS
MATTHEW D. STRUBLE
TRAMMEL CROW CENTER
2001 ROSS AVE. SUITE 3900
DALLAS TX 75201

VINSON & ELKINS
CATHERINE BRILEY
TRAMMELL CROW CENTER
2001 ROSS AVE. SUITE 3900
DALLAS TX 75201

**COUNSEL TO THE DEBTORS**

LAW OFFICES OF FRANK J. WRIGHT, PLLC
FRANK J WRIGHT
2323 ROSS AVENUE
SUITE 730
DALLAS TX 75201

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**COUNSEL TO THE DEBTORS**

LAW OFFICES OF FRANK J. WRIGHT, PLLC
JEFFREY VETETO
2323 ROSS AVENUE
SUITE 730
DALLAS TX 75201

LAW OFFICES OF FRANK J. WRIGHT, PLLC
JAY A FERGUSON
2323 ROSS AVENUE
SUITE 730
DALLAS TX 75201

**COUNSEL TO TOWERBROOK - SUBORDINATED LENDER**

KIRKLAND & ELLIS
NICOLE GREENBLATT
601 LEXINGTON AVENUE
NEW YORK NY 10022

KIRKLAND & ELLIS
ALEXANDER NICAS
601 LEXINGTON AVENUE
NEW YORK NY 10022

KIRKLAND & ELLIS
YONGJIN IM
601 LEXINGTON AVENUE
NEW YORK NY 10022

KIRKLAND & ELLIS
JARED BRYANT
601 LEXINGTON AVENUE
NEW YORK NY 10022

**DEBTOR**

STUDIO MOVIE GRILL HOLDINGS, LLC
ATTN:  CEO/PRESIDENT
12404 PARK CENTRAL DRIVE
SUITE 400N
DALLAS TX 75251

**GOVT. AGENCY**

DALLAS CITY SECRETARYS OFFICE
1500 MARILLA ST
STE 5DS
DALLAS TX 75201

OFFICE OF THE ATTORNEY GENERAL
MAIN JUSTICE BUILDING ROOM 5111
10TH & CONSTITUTION AVE NW
WASHINGTON DC 20530

OFFICE OF THE UNITED STATES ATTORNEY
1100 COMMERCE ST
3RD FLOOR
DALLAS TX 75242-1699

OFFICE OF THE UNITED STATES TRUSTEE
1100 COMMERCE ST
ROOM 976
DALLAS TX 75242-1699

TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY COLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**GOVT. AGENCY**

**LANDLORDS**

TEXAS WORKFORCE COMMISSION
TEC BUILDING BANKRUPTCY
101 EAST 15TH ST
AUSTIN TX 78778

11170 NORTH CENTRAL LP
PROPERTY MANAGEMENT ASSET SVC
THE RETAIL CONNECTION
2525 MCKINNON ST
STE 700
DALLAS TX 75201

INTERNAL REVENUE SVC
SPECIAL PROCEDURES-INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

5500 SOUTH FREEWAY LLC
CHARLES DUNN REAL ESTATE SVC INC
BRYAN WU
800 WEST 6TH ST
STE 600
LOS ANGELES CA 90017

TEXAS COMPTROLLER OF PUBLIC ACCTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

5500 SOUTH FREEWAY LLC
AKERMAN LLP
DAVID PARHAM
2001 ROSS AVE STE 3600
DALLAS TX 75201

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

5500 SOUTH FREEWAY LLC
AKERMAN LLP
KATHERINE C FACKLER
50 NORTH LAURA ST STE 3100
JACKSONVILLE FL 32202

TEXAS DEPT OF STATE HEALTH SVC
PO BOX 149347
AUSTIN TX 78714-9347

RANCHO KEYSTONE PARK LP
THE WOODMONT CO
2100 WEST 7TH ST
FT. WORTH TX 76107

**LANDLORDS**

RANCHO KEYSTONE PARK LP
RANCHO KEYSTONE PARK LP
THE WOODMONT CO KIM CORT
2100 WEST 7TH ST
FT. WORTH TX 76107

STORE MASTER FUNDING III LLC
8377 EAST HARTFORD DR STE 100
SCOTTSDALE AZ 85255

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**LANDLORDS**

SVAP III TC COLLEYVILLE LLC
STERLING RETAIL SVC INC
GREGORY MOROSS
302 DATURA ST
STE 100 WEST
PALM BEACH FL 33401

CP LOEWS TRUST LLC
SANDOR DEVELOPMENT
10689 N. PENNSYLVANIA ST
SITE 100
INDIANAPOLIS IN 46280

UNIVERSITY MALL PORTWOOD OWNER LLC
RD MANAGEMENT LLC
RICHARD BIRDOFF
810 SEVENTH AVE
10TH FLOOR
NEW YORK NY 10019

UNIVERSITY MALL PORTWOOD OWNER LLC
LEGAL DEPT
810 SEVENTH AVE
10TH FLOOR
NEW YORK NY 10019

UNIVERSITY MALL PORTWOOD OWNER LLC
UNIVERSITY MALL TIC OWNER LLC
LEGAL DEPT
810 SEVENTH AVE
10TH FLOOR
NEW YORK NY 10019

UNIVERSITY MALL TIC OWNER LLC
RD MANAGEMENT LLC
RICHARD BIRDOFF
810 SEVENTH AVE
10TH FLOOR
NEW YORK NY 10019

**LANDLORDS**

UNIVERSITY MALL SOHO OWNER LLC
RD MANAGEMENT LLC
RICHARD BIRDOFF
810 SEVENTH AVE
10TH FLOOR
NEW YORK NY 10019

SEMINOLE MALL LP
PRIMERICA GROUP ONE INC
PROPERTY MANAGER
3629 MADACA LN
TAMPA FL 33618

WG PARK ANCHOR B LIMITED PARTNERSHIP
PREIT
GENERAL COUNSEL
200 SOUTH BROAD ST
3RD FLOOR
PHILADELPHIA PA 19102

WG PARK ANCHOR B LIMITED PARTNERSHIP
KURTZMAN STEADY LLC
JEFFREY KURTZMAN ESQ
401 S 2ND ST STE 200
PHILADELPHIA PA 19147

MV EPICENTRE II LLC
MOUNT VERNON ASSET MANAGEMENT LLC
GEOFFREY M CURME
JONES LANG LASALLE PROPERTY MANAGER
2125 SOUTHEND DR STE 253
CHARLOTTE NC 28203

MV EPICENTRE II LLC
MOUNT VERNON ASSET MANAGEMENT LLC
GEOFFREY M CURME
JONES LANG LASALLE PROPERTY MANAGER
2125 SOUTHEND DR STE 253
CHARLOTTE NC 28202

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**LANDLORDS**

MV EPICENTRE II LLC
MOORE AND VAN ALLEN PLLC
EVAN M BASS
100 N TRYON ST
STE 4700
CHARLOTTE NC 28202

EPICENTRE SPE CHARLOTTE LLC
MOUNT VERNON ASSET MANAGEMENT LLC
GEOFFREY M CURME
JONES LANG LASALLE PROPERTY MANAGER
210 E TRADE ST STE C446
CHARLOTTE NC 28202

EPICENTRE SPE CHARLOTTE LLC
MV EPICENTRE II LLC
ALEXANDER RICKS PLLC
NATHAN A WHITE
1420 E 7TH ST STE 100
CHARLOTTE NC 28204

MASON ROW APARTMENTS LLC
MILL CREEK RESIDENTIAL TRUST LLC
VICE PRESIDENT OF DEVELOPMENT
6701 DEMOCRACY BLVD
STE 500
BETHESDA MD 20817

LOCKARD MIDLAND SQUARE LLC
LOCKARD DEVELOPMENT INC
PROPERTY MANAGEMENT
4501 PRAIRIE PKWY
CEDAR FALLS IA 50613

LOCKARD MIDLAND SQUARE LLC
LOCKARD DEVELOPMENT INC
CHRISTOPHER J RAUSCH ESQ
SENIOR VICE PRESIDENT AND GENERAL COUNSEL
4501 PRAIRIE PKWY
CEDAR FALLS IA 50613

**LANDLORDS**

MIDLAND TOWER PROPERTIES LLC
LOCKARD DEVELOPMENT INC
PROPERTY MANAGEMENT
4501 PRAIRIE PKWY
CEDAR FALLS IA 50613

MIDLAND TOWER PROPERTIES LLC
LOCKARD DEVELOPMENT INC
CHRISTOPHER J RAUSCH ESQ
SENIOR VICE PRESIDENT AND GENERAL COUNSEL
4501 PRAIRIE PKWY
CEDAR FALLS IA 50613

LOCKARD DEVELOPMENT INC
PROPERTY MANAGEMENT
4501 PRAIRIE PKWY
CEDAR FALLS IA 50613

LOCKARD DEVELOPMENT INC
LOCKARD DEVELOPMENT INC
CHRISTOPHER J RAUSCH ESQ
SENIOR VICE PRESIDENT AND GENERAL COUNSEL
4501 PRAIRIE PKWY
CEDAR FALLS IA 50613

ROSEDALE BAKERSFIELD RETAIL VI LLC
JH REAL ESTATE PARTNERS
STATHI MARCOPULOS
520 NEWPORT CENTER DR
STE 780
NEWPORT BEACH CA 92660

RICE LAKE SQUARE LLC
GROSVENOR ASSET MANAGER PRESIDENT
ONE CALIFORNIA ST
STE 2500
SAN FRANCISCO CA 94111

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**LANDLORDS**

BAYSIDE SVTC LLC
FESTIVAL MANAGEMENT CORP
LEGAL DEPT
5901 W CENTURY BLVD
STE 700
LOS ANGELES CA 90045

EPT DALLAS LLC
EPR PROPERTIES
ASSET MANAGEMENT
909 WALNUT
STE 200
KANAS CITY MO 64106

EOP LEWISVILLE LTD
ENDEAVOR REAL ESTATE GROUP
500 W 5TH ST
STE 700
AUSTIN TX 78701

AMREIT SSPF BERKELEY
EDENS LIMITED PARTNERSHIP
LEGAL DEPT
1221 MAIN ST
STE 1000
COLUMBIA SC 29201

AMREIT SSPF BERKELEY
ROSS BANKS MAY CRON AND CAVIN PC
JAMES V LOMBARDI III JOHN MAYER
7700 SAN FELIPE STE 550
HOUSTON TX 77063

ROCKLIN PAVILIONS LP AND
ROCKLIN PAVILIONS SALES LP
DONAHUE SCHRIBER REALTY GROUP LP
ASSET MANAGEMENT
200 EAST BAKER ST STE 100
COSTA MESA CA 92626

**LANDLORDS**

ROCKLIN PAVILIONS LP AND
ROCKLIN PAVILIONS SALES LP
DONAHUE SCHRIBER PROPERTY MANAGER
3501 DEL PASO RD
STE 100
SACRAMENTO CA 95835

BRIXMOR OPERATING PARTNERSHIP 2 LLC
BRIXMOR PROPERTY GROUP
420 LEXINGTON AVE
7TH FLOOR
NEW YORK NY 10170

BRIXMOR OPERATING PARTNERSHIP 2 LLC
BRIXMOR PROPERTY GROUP
OFFICE OF GENERAL COUNSEL
3440 PRESTON RIDGE RD
BUILDING IV STE 425
ALPHARETTA GA 30005

CPT ARLINGTON HIGHLANDS 1 LP
AEW CAPITAL MANAGEMENT LP
TWO SEAPORT LN
16TH FLOOR
BOSTON MA 02210

CPT ARLINGTON HIGHLANDS 1 LP
ARLINGTON HIGHLANDS 1 LP
FAIRBORNE PROPERTIES LLC
1 EAST WACKER ST
STE 2900
CHICAGO IL 60601

69TH STREET RETAIL OWNER LP
AAC 69TH STREET MANAGEMENT LLC
LEASE ADMINISTRATION
150 EAST 58TH ST
NEW YORK NY 10155

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**LANDLORDS**

MV ROLLING OAKS RETAIL LLC
JOHN W DOWD III
ONE TOWN CENTER RD
STE 600
BOCA RATON FL 33486

TYLER BROADWAY CENTENNIALLP
DAVID WILSON
2525 MCKINNON ST
STE 700
DALLAS TX 75201

TYLER BROADWAY CENTENNIA LLP
RAYMOND J KANE
KANE RUSSELL COLEMAN AND LOGAN PC
1601 ELM ST STE 3700
DALLAS TX 75201

TYLER BROADWAY CENTENNIA LLP
TYLER BROADWAY CENTENNIALLP
DAVID WILSON TERESA PARKER
2525 MCKINNON ST
STE 700
DALLAS TX 75201

TNTF LLC
BRIAN SCHULTZ AS LANDLORD
12404 PK CENTRAL DR
STE 400 N
DALLAS TX 75241

RESERVE CAPITAL HIDDEN GROVE SPE LLC
BRANT P LANDRY
4514 COLE AVE
STE 740
DALLAS TX 75205

**LANDLORDS**

RESERVE CAPITAL HIDDEN GROVE SPE LLC
MARSHALL LAW
JOE E MARSHALL ESQ
3131 MCKINNEY AVE STE 600
DALLAS TX 75204

RESERVE CAPITAL HIDDEN GROVE SPE LLC
LIBBY SPARKS WILLIS ATARNES PLLC,
JEFFREY T LIBBY
5950 BERKSHIRE LN STE 200
DALLAS TX 75225

CH REALTY VII/R HOUSTON EASTON COMMONS LP
ASSET MANAGER EASTON COMMONS
3819 MAPLE AVE
DALLAS TX 75219

CH REALTY VII/R HOUSTON EASTON COMMONS LP
CH REALTY VII R HOUSTON EASTON COMMONS LP
WEISS REALTY MANAGEMENT LLC
PROPERTY MANAGER EASTON COMMONS
730 N POST OAK RD STE 330
HOUSTON TX 77024

STORE MASTER FUNDING III LLC
ASSET MANAGEMENT
8377 E HARTFORD DR
STE 100
SCOTTSDALE AZ 85255

SEC CTR AND MCP LP STREET LEVEL INVESTMENTS
ANNE KUTA
ASSET MANAGEMENT
5950 BERKSHIRE LN
STE 700
DALLAS TX 75225

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**LANDLORDS**

SPIRIT REALTY LP
PORTFOLIO SERVICING
2727 N HARWOOD ST
STE 300
DALLAS TX 75201


SPIRIT REALTY LP
REED SMITH LLP
KEITH M AURZADA
2850 N HARWOOD ST STE 1500
DALLAS TX 75201


SPIRIT REALTY LP
SPIRIT REALTY LP
PORTFOLIO SVC MARIO BEJARANO
2727 N HARWOOD ST
STE 300
DALLAS TX 75201


SPIRIT REALTY LP
SPIRIT MASTER FUNDING X LLC
PORTFOLIO SVC MARIO BEJARANO
2727 N HARWOOD ST
STE 300
DALLAS TX 75201


SPIRIT MASTER FUNDING X LLC
PORTFOLIO SERVICING
2727 N HARWOOD ST
STE 300
DALLAS TX 75201


SPIRIT MASTER FUNDING X LLC
REED SMITH LLP
KEITH M AURZADA
2850 N HARWOOD ST STE 1500
DALLAS TX 75201


**LANDLORDS**

SPIRIT MASTER FUNDING X LLC
SPIRIT REALTY LP
PORTFOLIO SVC MARIO BEJARANO
2727 N HARWOOD ST
STE 300
DALLAS TX 75201


SPIRIT MASTER FUNDING X LLC
SPIRIT MASTER FUNDING X LLC
PORTFOLIO SVC MARIO BEJARANO
2727 N HARWOOD ST
STE 300
DALLAS TX 75201


MIDWAY CC VENTURE I LP
800 W SAM HOUSTON PKWY NORTH
STE 200
HOUSTON TX 77024


SONORA VILLAGE LLC
YAM PROPERTIES
15750 N NORTHSIGHT BLVD
SCOTTSDALE AZ 85260


RPT REALTY LP
20750 CIVIC CENTER DR
STE 310
SOUTHFIELD MI 48076


RPT REALTY LP
19 W 44TH STREET
SUITE 1002
NEW YORK NY 10036

## MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**LANDLORDS**

RPT REALTY LP
RAMCO-GERSHENSON PROPERTIES, L.P.
20750 CIVIC CENTER DR STE 310
SOUTHFIELD MI 48076-4104

BRE RC LINCOLN SQUARE TX LP
307 FELLOWSHIP RD
STE 116
MT. LAUREL NJ 08054

LINCOLN SQUARE RC RIOCAN LP
307 FELLOWSHIP RD
STE 116
MT. LAUREL NJ 08054

**SECURED CREDITORS**

FILM TECH CINEMA SYSTEMS LLC
901 INTERNATIONAL PKWY
STE 100
RICHARDSON TX 75081

FILM TECH CINEMA SYSTEMS LLC
GRIFFITH JAY AND MICHEL LLP
MARK J PETROCCHI
2200 FOREST PK BLVD
FORT WORTH TX 76110

JUNIPER NETWORKS INC
1310 MADRID ST STE 101
MARSHALL MN 56258-4002

**SECURED CREDITORS**

GOLDMAN SACHS SPECIALTY LENDING GROUP LP
6011 CONNECTION DR
IRVING TX 75039

GOLDMAN SACHS LENDING GROUP LP
AS AGENT
2001 ROSS AVENUE
SUITE 2800
DALLAS TX 75201

CSI LEASING INC
9990 OLD OLIVE STREET RD
STE 101
ST. LOUIS MO 63141

CSI LEASING INC
CAPITAL ONE NATIONAL ASSOCIATION
201 ST CHARLES AVE
NEW ORLEANS LA 70170

CSI LEASING INC
REGIONS COMMERCIAL EQUIPMENT FINANCE LLC
1900 5TH AVE NORTH
BIRMINGHAM AL 35203

CSI LEASING INC
EXEC VP AND GENERAL COUNSEL
9990 OLD OLIVE ST RD
STE 101
ST LOUIS MO 63141

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

**SECURED CREDITORS**

GOLDMAN SACHS SPECIALTY LENDING GROUP LP
AS AGENT
2001 ROSS AVE
STE 2800
DALLAS TX 75201

GOLDMAN SACHS SPECIALTY LENDING GROUP LP
AS AGENT VINSON AND ELKINS
WILLIAM L WALLANDER
TRAMMEL CROW CTR
2001 ROSS AVE STE 3900
DALLAS TX 75201

GOLDMAN SACHS SPECIALTY LENDING GROUP LP
AS AGENT
6011 CONNECTION DR
IRVING TX 75039

PRESIDIO TECHNOLOGY CAPITAL LLC
TWO SUN CT
NORCROSS GA 30092

GOLDMAN SACHS SPECIALTY LENDING GROUP LP
AS AGENT VINSON AND ELKINS
BRAD FOXMAN
TRAMMEL CROW CTR
2001 ROSS AVE STE 3900
DALLAS TX 75201

REGIONS COMMERCIAL EQUIPMENT FINANCE LLC
1900 5TH AVE NORTH
BIRMINGHAM AL 35203

GOLDMAN SACHS SPECIALTY LENDING GROUP LP
AS AGENT VINSON AND ELKINS
CATHERINE BRILEY
TRAMMEL CROW CTR
2001 ROSS AVE STE 3900
DALLAS TX 75201

REGIONS COMMERCIAL EQUIPMENT FINANCE LLC
CT CORP SYSTEM AS REPRESENTATIVE
SPRS
330 N BRAND BLVD
STE 700
GLENDALE CA 91203

GOLDMAN SACHS SPECIALTY LENDING GROUP LP
AS AGENT VINSON AND ELKINS
MATTHEW D STRUBLE
TRAMMEL CROW CTR
2001 ROSS AVE STE 3900
DALLAS TX 75201

STORE MASTER FUNDING III LLC
8501 E PRINCESS DR
STE 190
SCOTTSDALE AZ 85255

GOLDMAN SACHS SPECIALTY LENDING GROUP LP
AS AGENT VINSON AND ELKINS
MICHAEL E BIELBY JR
TRAMMEL CROW CTR
2001 ROSS AVE STE 3900
DALLS TX 75201

VERITEX COMMUNITY BANK NA
8214 WESTCHESTER DR
STE 900
DALLAS TX 75225

## MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

**SECURED CREDITORS**

VERITEX COMMUNITY BANK NA
PRESIDIO TECHNOLOGY CAPITAL LLC
TWO SUN CT
NORCROSS GA 30092

DELL FINANCIAL SVC LLC
STREUSAND LANDON OZBURN AND LEMMON LLP
RICHARD D VILLA
1801 S MOPAC EXPWY STE 320
AUSTIN TX 78746

ACCESS DIGITAL CINEMA PHASE 2 CORP
CINEDIGM DIGITAL CINEMA CORP
6255 SUNSET BLVD
STE 1025
HOLLYWOOD CA 90028

GOLDMAN SACHS SPECIALTY LENDING HOLDINGS INC
STUDIO MOVIE GRILL ACCOUNT MANAGER
200 WEST ST
NEW YORK NY 10004

ACCESS DIGITAL CINEMA PHASE 2 CORP
CINEDIGM DIGITAL CINEMA CORP
GENERAL COUNSEL
55 MADISON AVE
SUITE 300
MORRISTOWN NJ 07960

TOWERBROOK CAPITAL PARTNERS LP
65 EAST 55TH ST
19TH FL
NEW YORK NY 10022

ACCESS DIGITAL CINEMA PHASE 2 CORP
CINEDIGM DIGITAL CINEMA CORP
PRESIDENT MEDIA SVC
6255 SUNSET BLVD
STE 1025
HOLLYWOOD CA 90028

VISTA ENTERTAINMENT SOLUTIONS USA INC
335 NORTH MAPLE DR
STE 150
BEVERLY HILLS CA 90210

CRESTLINE SPECIALTY LENDING II
LP AMERNAT INSUR CO, CRESTLINE INVESTORS INC
TRAVIS KEITH
201 MAIN ST, STE 1900
FORT WORTH TX 76102

VISTA ENTERTAINMENT SOLUTIONS USA INC
VISTA ENTERTAINMENT SOLUTIONS LIMITED
LEVEL 3 60 KHYBER PASS RD
GRAFTON
AUCKLAND 1023
NEW ZEALAND

DELL FINANCIAL SVC LLC
ONE DELL WAY
ROUND ROCK TX 78682

VISTA ENTERTAINMENT SOLUTIONS USA INC
TESS MANCHESTER
335 NORTH MAPLE DR
STE 150
BEVERLY HILLS CA 90210

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

GRAHAM PLUMBING AND DRAIN CLEANING
15244 ALICANTE RD
LA MIRADA CA 90638

L AND W SUPPLY CORP
1012 RANKIN RD
HOUSTON TX 77073

SEGARS GROUP LLC
14355 PROVIDENCE RD
ALPHARETTA GA 30004

SEGARS GROUP LLC
NORTH ATLANTA LAW GROUP PC
STEVEN M JAMPOL
2475 NORTHWINDS PKWY STE 130
ALPHARETTA GA 30009

STEIN INDUSTRIES INC
22 SPRAGUE AVE
AMITYVILLE NY 11701

GSM SVC
PO BOX 12216
GASTONIA NC 28052

**SECURED CREDITORS**

GSM SVC INC
GRAY LAYTON KERSH SOLOMON FURR AND
SMITH PA
MICHAEL L CARPENTER
516 S NEW HOPE RD
GASTONIA NC 28054

AIR MECHANIX LLC
PO BOX 864772
PLANO TX 75086

HAJOCA CORP
5540 E LAMONA
STE 101
FRESNO CA 93727

HAJOCA CORP
GIBBS GIDEN LOCHER TURNER SENET AND
WITTBRODT LLP
CHRISTOPHER NG
1880 CENTURY PK EAST 12TH FLOOR
LOS ANGELES CA 90067-1621

SACRAMENTO REBAR INC
5072 HILLSDALE CIR
STE 200
EL DORADO HILLS CA 95762-5713

SACRAMENTO REBAR INC
PORTER LAW GROUP INC
HANNAH C KREUSER
7801 FOLSOM BLVD
STE 101
SACRAMENTO CA 95826

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

CORE AND MAIN LP
1830 CRAIG PK CT
SAINT LOUIS MO 63146

CORE AND MAIN LP
THE LAW OFFICES OF DENNIS G COSSO
DENNIS G COSSO
414 S 1ST AVE
ARCADIA CA 91006

CEILING EXPERTS INC
1340 MAIN AVE
SACRAMENTO CA 95838

ALCAL SPECIALTY CONTRACTING INC
4201 SIERRA PT DR
STE 101
SACRAMENTO CA 95834-1998

ALCAL SPECIALTY CONTRACTING INC
PACIFIC COAST COMPANIES INC
PHILLIP CHAN
10600 WHITE ROCK RD STE 100
RANCHO CORDOVA CA 95670-6294

LEVEL 1 ROOFING INC
41731 CORPORATE CTR CT
MURRIETA CA 95650

**SECURED CREDITORS**

LEVEL 1 ROOFING INC
MURPHY AUSTIN ADAMS SCHOENFELD LLP
LISA D NICOLLS
555 CAPITOL MALL
STE 850
SACRAMENTO CA 95814

EMJ CONSTRUCTION
5525 N MACARTHUR BLVD
STE 400
IRVING TX 75038

EMJ CONSTRUCTION
ROBINSON BRADSHAW AND HINSON PA
EDWARD F HENNESSEY IV
101 N TRYON ST
STE 1900
CHARLOTTE NC 28246

EMJ CONSTRUCTION
EMJ CORP
MATTHEW CONNORS
2034 HAMILTON PL BLVD
4TH FL
CHATTANOOGA TN 37421

EMJ CONSTRUCTION
FOLEY AND LARDNER LLP
STEPHEN A MCCARTIN MARK C MOORE
MELINA N BALES
2021 MCKINNEY AVE STE 1600
DALLAS TX 75201

GROUND THUNDER CONSTRUCTION INC
511 JOHNSON RD
CHARLOTTE NC 28206

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

GROUND THUNDER CONSTRUCTION INC
GOODMAN CARR LAUGHRUN LEVINE AND
GREENE PLLC
MILES LEVINE
301 S MCDOWELL ST STE. 602
CHARLOTTE NC 28204

IREDELL GLASS AND MIRROR INC
1308 BARKLEY RD N
STATESVILLE NC 28677

IREDELL GLASS AND MIRROR INC
ERWIN BISHOP CAPITANO AND MOSS PA
LEX M ERWIN
4521 SHARON RD STE 350
CHARLOTTE NC 28211

SAL MANNINO PAINTING INC
300 PAINT ST
ROCKLEDGE FL 32955

SAL MANNINO PAINTING INC
BRAY AND LONG PLLC
JEFFREY A. LONG
2820 SELWYN AVE
STE 400
CHARLOTTE NC 28209

STRICKLAND WATERPROOFING CO INC
500 NORTH HOSKINS RD
CHARLOTTE NC 28216

**SECURED CREDITORS**

STRICKLAND WATERPROOFING CO INC
GRIFFIN BRUNSON AND WOOD LLP
GREGORY J WOOD
301 S MCDOWELL ST STE 320
CHARLOTTE NC 28204

FINAL CLEAN EXPRESS INC
3225 BOB WALLACE AVE
STE J
HUNTSVILLE AL 35805

CONSTRUCTION SYSTEMS INC
1889 COUNTY ROAD 90
MAPLE PLAIN MN 55359

DALE AND DALE INC
3741 HOMEWOOD RD
MEMPHIS TN 38118

UNITED CONTRACTOR SVC LLC
1065 BIG SHANTY RD
STE 200
KENNESAW GA 30144

CHURCHVILLE MECHANICAL INC
1080 INDUSTRIAL BLVD
UNIT 1A
SOUTHAMPTON PA 18966

## MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

CHURCHVILLE MECHANICAL INC
CHARLSON BRABER MCCABE AND DENMARK
LIAM Y BRABER
8 PENN CENTER
1628 JFK BLVD STE 1803
PHILADELPHIA PA 19103

CARR AND DUFF INC
2100 BYEBERRY RD
HUNTINGDON VALLEY PA 19006

CARR AND DUFF INC
POST AND SCHELL PC
MASON AVRIGIAN JR
FOUR PENN CENTER
1600 JOHN F KENNEDY BLVD
PHILADELPHIA PA 19103-2808

SSC SIGN AND LIGHTING LLC
2351 W NORTHWEST HWY
STE 3320
DALLAS TX 75220

SSC SIGN AND LIGHTING LLC
PLUNK SMITH PLLC
JUSTIN J DERTINGER
1701 LEGACY DR STE 2000
FRISCO TX 75034

EASTERN PLUMBING SUPPLY CO GP LLC
10770 TURBEVILLE RD
DALLAS TX 75243

**SECURED CREDITORS**

EASTERN PLUMBING SUPPLY CO GP LLC
MATTHEWS SHIELS KNOTT EDEN DAVIS AND
BEANLAND LLP
MISTI L. BEANLAND
8131 LYNDON B JOHNSON FWY STE 700
DALLAS TX 75251

ENNIS STEEL INDUSTRIES INC
PO BOX 1360
ENNIS TX 75120

CTI SURFACES INC
PO BOX 251425
PLANO TX 75025

SUNSTATE EQUIPMENT CO
PO BOX 52581
PHOENIX AZ 85072

PENINSULA MAIN VA LLC
16600 DALLAS PKWY
STE 300
DALLAS TX 75248

PENINSULA MAIN VA LLC
THE PENNINGTON FIRM PC
AUSTIN F PENNINGTON
10300 N CENTRAL EXPY
STE 480
DALLAS TX 75231

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

**SECURED CREDITORS**

VERITEX COMMUNITY BANK
8214 WESTCHESTER DR
STE 650
DALLAS TX 75225

CONSTRUCTION AND MAINTAIN CORP
CM CORP
GREG MILLER
27075 CABOT RD
STE 114
LAGUNA HILLS CA 92653

VERITEX COMMUNITY BANK
THOMPSON AND KNIGHT LLP
SAM MURPHY
ONE ARTS PLAZA
1722 ROUTH ST STE 1500
DALLAS TX 75201

HAJOCA SUPPLY
DBA BUTTES SUPP
5540 E LAMONA
STE 101
FRESNO CA 93727

VERITEX COMMUNITY BANK
THOMPSON AND KNIGHT
MARK WEIBEL
1722 ROUTH ST
DALLAS TX 75201

GRAYCOR CONSTRUCTION CO
TWO MID AMERICA PLZ
STE 400
OAKBROOK TERRACE IL 60181

VERITEX COMMUNITY BANK
THOMPSON & KNIGHT LLP
CHRISTOPHER L CHAUVIN
1722 ROUTH STREET
SUITE 1500
DALLAS TX 75201

MILLER PANELING SPECIALTIES
22611 MARKEY CT
STE 109
STERLING VA 20166

VERITEX COMMUNITY BANK
THOMPSON AND KNIGHT LLP
BRUCE J ZABARAUSKAS ESQ
1722 ROUTE ST STE 1500
DALLAS TX 75201

WG PARK ANCHOR B LIMITED PARTNERSHIP
200 SOUTH BROAD ST
3RD FL
PHILADELPHIA PA 19102

CONSTRUCTION AND MAINTAIN CORP
CM CORP
27075 CABOT RD
STE 114
LAGUNA HILLS CA 92653

ACTION GYPSUM SUPPLY WEST
PO BOX 40010
HOUSTON TX 77240

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

**SECURED CREDITORS**

AIR MECHANICS
PO BOX 864772
PLANO TX 75086

BUSS MECHANICAL SVC
5740B ROSEVILLE RD
SACRAMENTO CA 95842

AIR-KRAFT MECHANICAL LLC
2035 BOXWOOD DR
IRVING TX 75063

CR LAURENCE CO
PO BOX 58923
LOS ANGELES CA 90058

AIR-KRAFT MECHANICAL LLC
LOVEIN RIBMAN PC
JONATHAN MARSHALL
1225 MAIN ST STE 200
GRAPEVINE TX 76051

HAMBLIN PLUMBING SUB
10770 TURBEVILLE RD
DALLAS TX 75243

AMERICAN BUILDERS AND CONTRACTORS SUPPY
ONE ABC PARKWAY
BELOIT WI 53511

FERGUSON ENTERPRISES
7601 14TH AVE
SACRAMENTO CA 95820

AMERICAN INTERIOR CONSTRUCTION AND BLINDS INC
3560 WINDING WAY
NEWTON SQUARE PA 19073

JUAN TORRES CONSTRUCTION
320 W PUTNAM AVE
PORTERVILLE CA 93257

BOOKSTORE INVESTMENTS
201 W 31ST ST
CHARLOTTE NC 28206

LIVINGSTON CONCRETE SVC
5416 ROSEVILLE RD
NORTH HIGHLANDS CA 95660

## MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

**SECURED CREDITORS**

PAPE MATERIAL HANDLING
2410 GRAND AVE
SACRAMENTO CA 95838

AND ASSET MANAGEMENT INC
2720 S. LACIENEGA BLVD
STE A
LOS ANGELES CA 90034

POSEIDONS ELITE PLUMBING
10361 FERN DR
DALLAS TX 75228

REGENCY LIGHTING
MAIL CENTER
9450 SW GEMINI DR
#7790
BEAVERTON OR 97008-7105

ROMANOFF ELECTRIC RESIDENTIAL LLC
5639 BROOKSHIRE BLVD
CHARLOTTE NC 28216

INORCE SAS
CALLE 18 # 118-85
CALI
COLUMBIA

SKYLINE SCAFFOLD INC
3131 52ND AVE
SACRAMENTO CA 95823

D AND D CABLING SOLUTIONS
4611 ENCHANTED BAY BLVD
ARLINGTON TX 76015

CHANDLER SIGNS
14201 SOVEREIGN RD
STE 101
FT. WORTH TX 76155

CARPENTRY ASSOCIATES
626 GREAT SOUTHWEST PKWY
ARLINGTON TX 76011

MITCHELL JONES CONCRETE INC
3185 FITZGERALD RD
RANCHO CORDOVA CA 95742-6801

RESERVE CAPITAL PARTNERS
12404 PARK CENTRAL DR
SITE 225-S
DALLAS TX 75251

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

**SECURED CREDITORS**

PC HARDWARE, LLC
730 MILFORD RD
MERRIMACK NH 03054-4631

CITY OF MISSION, KANSAS
AUDREY MCCLANAHAN CITY CLERK
6090 WOODSON
MISSION KS 66202

AIR MECHANIX LLC
811 E PLANO PKWY
STE 110
PLANO TX 75074

CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC
6950 SQUIBB RD
STE 418
MISSION KS 66202

ALLIANCE FIRE PROTECTION, LLC
THOMAS K JONES RESIDENT AGENT
11000 KING
OVERLAND PARK KS 66210

CORESLAB STRUCTURES MISSOURI, INC
REGISTERED AGENT
759 S 651H ST
KANSAS CITY KS 66111

AMPTX ELECTRIC, LP
11409 CEDAR OAK DR
EL PASO TX 79936

CROOKHAM CONSTRUCTION, LLC
KATHRYN A CROOKHAM REGISTERED AGENT
19336 182ND ST
TONGANOXIE KS 66086

ARYEH REALTY, LLC
POLSINELLI PC
KORB W MAXWELL
900 W 48TH PL STE 900
KANSAS CITY MO 64112-1899

DOING STEEL FABRICATION, LLC
THE CORP CO INC REGISTERED AGENT
112 SW 7TH ST
STE 3C
TOPEKA KS 66603

ARYEH REALTY, LLC
NATIONAL REGISTERED AGENTS, INC
OF KS RESIDENT AGENT
112 SW 7TH ST, STE 3C
TOPEKA KS 66603

EASTERN PLUMBING SUPPLY COMPANY GP LLC
HAMBLIN PLUMBING SUB AND EASTERNS CUSTOMER
10770 TURBEVILLE RD
DALLAS TX 75243

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**SECURED CREDITORS**

**SECURED CREDITORS**

EXCEL PLASTERING, LLC
14123 MANOR DR
OVERLAND PARK KS 66224

RIVER OAK MECHANICAL, LLC
JAMES F HOULEHAN RESIDENT AGENT
13220 METCALF AVE
STE 100
OVERLAND PARK KS 66213

FOGELANDERSON CONSTRUCTION CO
BRCSINC REGISTERED AGENT
3712 EASTVALE
FAIRWAY KS 66205

SUPPLY NETWORK, INC
DBA VIKING SUPPLYNET
1886 N TOPPING AVE
KANSAS CITY MO 64120

K BUILDING SPECIALTIES, INC
200 E 14TH AVE
STE A
NORTH KANSAS CITY MO 64116

TEMPCON, LLC
CT CORP SYSTEM REGISTERED AGENT
112 SW 7TH ST
STE 3C
TOPEKA KS 66603

LITHKO CONTRACTING, LLC
CORP SVC CO RESIDENT AGENT
2900 SW WANAMAKER RD
STE 204
TOPEKA KS 66614

THE GATEWAY DEVELOPERS, LLC
5 WEST CHURCH ST
STE 202
JASPER GA 30143

M AND M PROPERTIES, INC D
D/B/A M AND M PAINTING
400 SW SOUTH AVE
BLUE SPRINGS MO 64014

THE GATEWAY DEVELOPERS, LLC
CONTRARIAN LAND INVESTORS, LLC
REGISTERED AGENT
2 N CASCADE AVE, STE 590
COLORADO SPRINGS CO 80903

METRO INTERIORS, LLC
JERRY L MESSICK
2749 NW HUNTER DR
STE E
BLUE SPRINGS MO 64015

VCC, LLC
5752 GRANDSCAPE BLVD
STE 200
THE COLONY TX 75056

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**TOP 30 UNSECURED CREDITOR**

**TOP 30 UNSECURED CREDITOR**

CONSTRUCT AND MAINTAIN CORP
GREG MILLER
27075 CABOT RD
STE 114
LAGUNA HILLS CA 92653

US FOOD SVC
SEAN JOHNSON
3682 COLLECTION CENTER DR
CHICAGO IL 60693

EMJ CORP
MATTHEW CONNORS
2034 HAMILTON PLACE BLVD
4TH FLOOR
CHATTANOOGA TN 37421

BWANA THEATER PARTNERS LLC
LAUREN OR JON GOLDSTEIN
6632 TELEGRAPH RD #193
BLOOMFIELD HILLS MN 48301

SPIRIT MASTER FUNDING X LLC
PORTFOLIO SVC MARIO BEJARANO
2727 N. HARWOOD ST
STE 300
DALLAS TX 75201

RANCHO KEYSTONE PARK LP
THE WOODMONT CO KIM CORT
2100 WEST 7TH ST
FT. WORTH TX 76107

SEGARS GROUP LLC
KYLE IRBY
14355 PROVIDENCE RD
ALPHARETTA GA 30004

BRE RC LINCOLN SQUARE TX LP
LINCOLN SQUARE RC RIOCAN LP
REBECCA BERMINGHAM
307 FELLOWSHIP RD
STE 116
MT. LAUREL NJ 08054

VISTA ENTERTAINMENT SOLUTIONS LTD
TESS MANCHESTER
335 N MAPLE DR
STE 150
BEVERLY HILLS CA 90210

LOCKARD MIDLAND SQUARE LLC
MIDLAND TOWER PROPERTIES LLC
LOCKARD DEVELOPMENT INC
LOCKARD DEVELOPMENT INC PROPERTY MANAGEMENT
JOSH EDGERTON 4501 PRAIRIE PKWY
CEDAR FALLS IA 50613

STORE MASTER FUNDING III LLC
ASSET MGT CATHY PHILLIPS
8377 E HARTFORD DR
STE 100
SCOTTSDALE AZ 85255

UNIVERSITY MALL PORTWOOD OWNER LLC
UNIVERSITY MALL TIC OWNER LLC
UNIVERSITY MALL SOHO OWNER LLC
RD MANAGEMENT LLC RICHARD BIRDOFF
VELVET HILBORN 810 SEVENTH AVE 10TH FL
NEW YORK NY 10019

# MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**TOP 30 UNSECURED CREDITOR**

**TOP 30 UNSECURED CREDITOR**

TYLER BROADWAY CENTENNIALLP
DAVID WILSON TERESA PARKER
2525 MCKINNON ST
STE 700
DALLAS TX 75201

RICE LAKE SQUARE LLC
GROSVENOR  ASSET MANAGER/PRES.
JANET WEGENER
ONE CALIFORNIA ST
STE 2500
SAN FRANCISCO CA 94111

AMREIT SSPF BERKELEY
EDENS LIMITED PARTNERSHIP LEGAL DEPT
COURTNEY CAVAKIAN
1221 MAIN ST
STE 1000
COLUMBIA SC 29201

BAYSIDE SVTC LLC
FESTIVAL MANAGEMENT CORP LEGAL DEPT
SANDRA CASON
5901 W CENTURY BLVD
STE 700
LOS ANGELES CA 90045

BRIXMOR OPERATING PARTNERSHIP 2 LLC
BRIXMOR PROPERTY GRP SCOTT HUNTER
420 LEXINGTON AVE
7TH FLOOR
NEW YORK NY 10170

PRESIDIO TECHNOLOGY CAPITAL LLC
PAMELA KIRKPATRICK
DEPT 2058 PO BOX 74390
CHICAGO IL 60690

INORCA
KATHERINE BARACALDO
CL 18 #118-85
CALI, VALLE DEL CAUCA
COLOMBIA

HARBERG MEDIATION AND LAW GROUP
JOSEPH HARBERG
2919 COMMERCE ST
STE 301
DALLAS TX 75226

ACS ENTERPRISES
ANTHONY MICHAELS
PO BOX 810
WALNUT CA 91788-0810

CAPITAL ONE CC
KALEB CURTIS
600 N PEARL ST
STE 2500
DALLAS TX 75201

SPIRIT REALTY LP
PORTFOLIO SVC MARIO BEJARANO
2727 N HARWOOD ST
STE 300
DALLAS TX 75201

PENINSULA MAIN VA LLC
AVA GREEN
16600 DALLAS PKWY
STE 300
DALLAS TX 75248

## MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**TOP 30 UNSECURED CREDITOR**

**TOP 30 UNSECURED CREDITOR**

FILM TECH CINEMA SYSTEMS LLC
KEVIN FOX
901 INTERNATIONAL PKWY
STE 100
RICHARDSON TX 75081

STORE MASTER FUNDING III LLC
KUTAK ROCK LLP LAUREN E HIRT ESQ
1801 CALIFORNIA ST STE 3000
STE 3000
DENVER CO 80202

RPT REALTY LP
CONNIE EBERLE
20750 CIVIC CENTER DR
STE 310
SOUTHFIELD MI 48076

BRE RC LINCOLN SQUARE TX LP
LINCOLN SQUARE RC RIOCAN LP
6504 INTERNATIONAL PKWY STE 1120
PLANO TX 75093

AT AND T
BANKRUPTCY KATHRYN HENDRICKSON
4331 COMMUNICATIONS DR
FLR 4W
DALLAS TX 75211

LOCKARD MIDLAND SQUARE LLC
MIDLAND TOWER PROPERTIES LLC
LOCKARD DEVELOPMENT INC CHRISTOPHER J RAUSCH
SENIOR VP AND GEN COUNSEL
4501 PRAIRIE PKWY
CEDAR FALLS IA 50613

MV EPICENTRE II LLC AND
EPICENTRE SPE CHARLOTTE LLC
MOUNT VERNON ASSET MANAGEMENT LLC
GEOFFREY M CURME SONYA PETTY
2125 SOUTHEND DR STE 253
CHARLOTTE NC 28203

UNIVERSITY MALL PORTWOOD OWNER LLC
UNIVERSITY MALL TIC OWNER LLC
UNIVERSITY MALL SOHO OWNER LLC
LEGAL DEPT
810 SEVENTH AVE 10TH FLOOR
NEW YORK NY 10019

5500 SOUTH FREEWAY LLC
CHARLES DUNN REAL ESTATE SVC INC  BRYAN WU
VERONICA SEGLIN
800 WEST 6TH ST
800 WEST 6TH ST STE 600
LOS ANGELES CA 90017

TYLER BROADWAY/CENTENNIALLP
RAYMOND J KANE KANE RUSSELL COLEMAN
KANE RUSSELL COLEMAN AND LOGAN PC
901 MAIN ST STE 5200
DALLAS TX 75202-3705

69TH STREET RETAIL OWNER LP
AAC 69TH STREET MANAGEMENT LLC LEASE ADMIN
MARINA CHERNOV
150 EAST 58TH ST
NEW YORK NY 10155

AMREIT SSPF BERKELEY
EDENS LEGAL DEPT
4801 WOODWAY DR
STE 450 E
HOUSTON TX 77056

## MASTER SERVICE LIST
## Studio Movie Grill Holdings, LLC et al.
## Case No. 20-32633

12/15/2020

**TOP 30 UNSECURED CREDITOR**

**TOP 30 UNSECURED CREDITOR**

BRIXMOR OPERATING PARTNERSHIP 2 LLC
BRIXMOR PROPERTY GRP OFFICE OF GEN. COUNSEL
3440 PRESTON RIDGE RD BUILDING IV
STE 425
ALPHARETTA GA 30005

INORCA
GUILLERMO E. LOPEZ RAMIREZ
CALLE 18 NO. 118 - 85, AVENIDA CAÂ'ASGORDAS - 54.
CALI
COLOMBIA

MV EPICENTRE II LLC AND
AND EPICENTRE SPE CHARLOTTE LLC
ALEXANDER RICKS PLLC NATHAN A WHITE
1420 E 7TH ST STE 100
1420 E 7TH ST STE 100
CHARLOTTE NC 28204

5500 SOUTH FREEWAY LLC
ASSET MANAGEMENT INC DAVID BOLOUR
2720 S LA CIENEGA BLVD STE A
LOS ANGELES CA 90034

69TH STREET RETAIL OWNER LP
LEGAL DEPT
150 EAST 58TH ST
NEW YORK NY 10155

MV EPICENTRE II LLC AND
EPICENTRE SPE CHARLOTTE LLC
JONES LANG LASALLE PROPERTY MANAGER
210 E TRADE ST STE C446
CHARLOTTE NC 28202

MV EPICENTRE II LLC AND
EPICENTRE SPE CHARLOTTE LLC
MOORE AND VAN ALLEN PLLC EVAN M BASS
100 N TRYON ST STE 4700
CHARLOTTE NC 28202