Frank J. Wright
Texas Bar No. 22028800
Jeffery M. Veteto
Texas Bar No. 24098548
Jay A. Ferguson
Texas Bar No. 24094648
**LAW OFFICES OF FRANK J. WRIGHT, PLLC**
2323 Ross Avenue, Suite 730
Dallas, Texas 75201
Telephone: (214) 935-9100

*COUNSEL TO DEBTORS AND*
*DEBTORS-IN-POSSESSION*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **STUDIO MOVIE GRILL HOLDINGS,** | § | **Case No. 20-32633-SGJ** |
| **LLC,** *et al.,* | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Studio Movie Grill Holdings, LLC (6546) ("**SMG Holdings**"); OHAM Holdings, LLC (0966); Movie Grill Concepts Trademark Holdings, LLC (3096); Movie Grill Concepts I, Ltd. (6645); Movie Grill Concepts III, Ltd. (2793); Movie Grill Concepts IV, Ltd. (1454); Movie Grill Concepts IX, LLC (3736); Movie Grill Concepts VI, Ltd. (6895); Movie Grill Concepts VII, LLC (2291); Movie Grill Concepts X, LLC (6906); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XII, LLC (6040); Movie Grill Concepts XIII, LLC (5299); Movie Grill Concepts XIV, LLC (4709); Movie Grill Concepts XIX, LLC (9646); Movie Grill Concepts XL, LLC (4454); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLII, LLC (2309); Movie Grill Concepts XLIII, LLC (9721); Movie Grill Concepts XLIV, LLC (8783); Movie Grill Concepts XLV, LLC (2570); Movie Grill Concepts XV, LLC (4939); Movie Grill Concepts XVI, LLC (1033); Movie Grill Concepts XVII, LLC (1733); Movie Grill Concepts XVIII, LLC (8322); Movie Grill Concepts XX, LLC (7300); Movie Grill Concepts XXI, LLC (1508); Movie Grill Concepts XXII, LLC (6748); Movie Grill Concepts XXIV, LLC (5114); Movie Grill Concepts XXIX, LLC (5857); Movie Grill Concepts XXV, LLC (4985); Movie Grill Concepts XXVI, LLC (5233); Movie Grill Concepts XXVII, LLC (4427); Movie Grill Concepts XXVIII, LLC (1554); Movie Grill Concepts XXX, LLC (1431); Movie Grill Concepts XXXI, LLC (3223); Movie Grill Concepts XXXII, LLC (0196); Movie Grill Concepts XXXIII, LLC (1505); Movie Grill Concepts XXXIV, LLC (9770); Movie Grill Concepts XXXIX, LLC (3605); Movie Grill Concepts XXXV, LLC (0571); Movie Grill Concepts XXXVI, LLC (6927); Movie Grill Concepts XXXVII, LLC (6401); Movie Grill Concepts XXXVIII, LLC (9657); Movie Grill Concepts XXIII, LLC (7893); Studio Club, LLC (3023); Studio Club IV, LLC (9440); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLVI, LLC (2344); Movie Grill Concepts XLVII, LLC (5866); Movie Grill Concepts XLVIII, LLC (8601); Movie Grill Concepts XLIX, LLC (0537); Movie Grill Concepts L, LLC (5940); Movie Grill Concepts LI, LLC (7754); Movie Grill Concepts LII, LLC (8624); Movie Grill Concepts LIII, LLC (3066); Movie Grill Concepts LIV, LLC (2018); Movie Grill Concepts LV, LLC (4699); Movie Grill Partners 3, LLC (4200); Movie Grill Partners 4, LLC (1363); Movie Grill Partners 6, LLC (3334); and MGC Management I, LLC (3224).

---

**AMENDED NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES WHICH MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO**

PLEASE TAKE NOTICE THAT:

1.      On October 23, 2020, Studio Movie Grill Holdings, LLC and its debtor affiliates (the "Debtors" or the "Company"), as debtors in possession, each filed a voluntary petition for relief (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

2.      Additionally, on November 5, 2020 the Debtors filed their *Motion for (i) Entry of an Order Approving (a) Bid Procedures; (b) the Form and Manner of Notice; (c) the Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases; and (ii) Entry of an Order Approving (a) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (b) the Assumption and Assignment of Certain Contracts and Unexpired Leases* [Dkt. No. 133] (the "Bid Procedures and Sale Motion")[2] with the United States Bankruptcy Court for the Northern District of Texas.

3.      Pursuant to the Bid Procedures and Sale Motion, the Debtors sought (a) entry of an order (the "Bid Procedures Order") (i) approving the bid procedures (the "Bid Procedures"); (ii) approving the form and manner of notice of transaction (the "Transaction Notice") that sets forth the Bid Procedures and the date, time, and place for an auction, as required by the Bid Procedures; (iii) approving the form and notice of assumption (the "Assumption Notice") and, if necessary, assignment, of executory contracts and expired leases; (iv) establishing procedures for determining cure amounts in connection with the assumption (and, if necessary, assignment) of executory contracts

---

[2]     All capitalized terms not expressly defined herein shall have the same meaning as ascribed in the Bid Procedures and Sale Motion.

and expired leases; and (v) granting such other relief as is fair and equitable; and, if the Debtors pursue a sale of the Assets, (b) the entry of an order (the "Sale Order"): (i) approving the sale of the Debtors' Assets free and clear of all liens, claims, interests, charges and encumbrances (with any such liens, claims, interests, charges, and encumbrances attaching to the net proceeds of the sale with the same rights and priorities therein as in the sold assets); and (ii) authorizing the assumption and assignment of certain executory contracts and unexpired leases; and (iii) granting such other relief as is fair and equitable.

4.       The Court entered the Bid Procedures Order on December 11, 2020 [Dkt. No. 335].

5.       On December 14, 2020, in accordance with the Objection and Cure Procedures, the Debtors filed and served the *Notice of Executory Contracts and Unexpired Leases Which May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto* [Docket No. 347] (the "Original Assumption Notice").

6.       In accordance with the Objection and Cure Procedures, the Debtors are delivering this notice (the "Amended Assumption Notice") identifying (a) those Executory Contracts which may be assumed and assigned to the Prevailing Purchaser (the "Desired 365 Contracts") in connection with the Sale of the Assets, and in accordance with the procedures set forth in the Bid Procedures and Sale Order; and (b) the proposed Cure Amount for each Executory Contract. **THIS AMENDED ASSUMPTION NOTICE SUPERSEDES AND REPLACES THE ORIGINAL ASSUMPTION NOTICE.  THE INFORMATION IN THIS AMENDED ASSUMPTION NOTICE (INCLUDING ANY EXHIBITS HERETO) AMENDS, SUPERSEDES, AND REPLACES ALL INFORMATION IN THE ORIGINAL ASSUMPTION NOTICE AND THE INFORMATION IN THE ORIGINAL ASSUMPTION NOTICE SHOULD NOT BE RELIED UPON FOR ANY REASON.**

7.      An Executory Contract with respect to which you have been identified as a counterparty, and the corresponding proposed Cure Amount, if any, is set forth on the attached **Exhibit A**.  The Debtors' records reflect that all post-petition amounts owing under your Executory Contract have been paid and will continue to be paid until the assumption and assignment or rejection of the Executory Contract, and that other than the Cure Amount, there are no other defaults under the Executory Contract.

8.      The Debtors reserve the right, subject to the Agent's Consent and upon notice to the Committee, at any time after the service of this Amended Assumption Notice and before the closing of a Transaction, to (i) supplement the list of Desired 365 Contracts with previously omitted Executory Contracts, (ii) remove Executory Contracts from the list of executory contracts and unexpired leases ultimately selected as Desired 365 Contracts that a Prevailing Purchaser proposes to be assumed and assigned to it in connection with a Transaction, and/or (iii) modify the previously stated Cure Amount associated with any Executory Contract.  In the event the Debtors exercise any of these reserved rights, the Debtors will promptly serve a supplemental notice of contract assumption (a "Supplemental Assumption Notice") on each of the counterparties to such Executory Contracts and their counsel of record, if any; *provided*, *however*, the Debtors may not add an Executory Contract to the list of Desired 365 Contracts that has been previously rejected by the Debtors by order of the Court.  If the Debtors file a Supplemental Assumption Notice, the Debtors will promptly serve a copy of such Supplemental Assumption Notice on the counterparties to Executory Contracts that are affected by such amendment, supplementation, or modification by first class mail and e-mail, if known.

### Objections

9.      Objections, if any, by Counterparties identified in the Original Assumption Notice, this Amended Assumption Notice, and/or any Supplemental Assumption Notice, must be filed and

made so as to be received by the Objection Notice Parties (as defined below) on or before the later

of (i) **January 13, 2021 at 4:00 p.m. (CT)** and (ii) fourteen (14) days after being served with such

Supplemental Assumption Notice (the "Objection Deadline").  Any objection must (a) be in writing;

(b) state with specificity the nature of such objection; (c) if concerning a Cure Amount, set forth a

specific default in the Desired 365 Contract and claim a specific monetary amount that differs from

the Cure Amount (if any) specified in this Amended Assumption Notice (with appropriate

documentation in support thereof); and (d) comply with the Bankruptcy Rules.  Any objection

challenging a Cure Amount must set forth the prepetition cure amount being claimed by the objecting

party with appropriate documentation in support thereof.

10.    At the Sale Hearing, the Debtors will seek Court approval of the assumption and

assignment to the Prevailing Purchaser of only those Desired 365 Contracts that have been selected

by such Prevailing Purchaser to be assumed and assigned.  The inclusion of an Executory Contract

on this Amended Assumption Notice and/or any Supplemental Assumption Notice will not

(a) obligate the Debtors to assume any Executory Contract listed thereon nor the Prevailing Purchaser

to take assignment of such Executory Contract; or (b) constitute any admission or agreement of the

Debtors, or any other party, that such contract or lease is an executory contract or unexpired lease

within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve the right to not

assume and assign any Executory Contract until the Closing.  The Debtors and their estates reserve

any and all rights with respect to any Executory Contracts that are not ultimately designated as

Assigned Contracts.

11.    WITH RESPECT TO ANY EXECUTORY CONTRACT OR UNEXPIRED

LEASE IDENTIFIED IN THE ORIGINAL ASSUMPTION NOTICE, THIS AMENDED

ASSUMPTION NOTICE, AND/OR ANY SUPPLEMENTAL ASSUMPTION NOTICE,

UNLESS A COUNTERPARTY FILES A TIMELY OBJECTION TO (A) THE CURE AMOUNT

RELATING TO SUCH CONTRACT OR LEASE, OR (B) THE PROPOSED ASSUMPTION
AND ASSIGNMENT OF SUCH CONTRACT OR LEASE, SUCH COUNTERPARTY SHALL
(I) BE FOREVER BARRED FROM OBJECTING TO THE CURE AMOUNTS AND FROM
ASSERTING ANY ADDITIONAL CURE OR OTHER AMOUNTS WITH RESPECT TO THE
ASSIGNED CONTRACTS; (II) BE DEEMED TO HAVE CONSENTED TO THE
ASSUMPTION, ASSIGNMENT AND/OR TRANSFER OF SUCH CONTRACT TO THE
PREVAILING PURCHASER; AND (III) BE FOREVER BARRED AND ESTOPPED FROM
ASSERTING OR CLAIMING AGAINST THE DEBTORS, THE PREVAILING PURCHASER,
OR ANY OTHER ASSIGNEE OF THE RELEVANT CONTRACT OR LEASE, THAT ANY
ADDITIONAL AMOUNTS ARE DUE OR OTHER DEFAULTS EXIST, THAT CONDITIONS
TO ASSUMPTION AND ASSIGNMENT MUST BE SATISFIED UNDER SUCH ASSIGNED
CONTRACTS, THAT ADEQUATE ASSURANCE IS NOT BEING PROVIDED, OR THAT
THERE IS ANY OTHER OBJECTION OR DEFENSE TO THE ASSUMPTION AND
ASSIGNMENT OF SUCH ASSIGNED CONTRACTS NOTWITHSTANDING ANY ANTI-
ALIENATION PROVISION OR OTHER RESTRICTION ON ASSUMPTION OR
ASSIGNMENT IN THE DESIRED 365 CONTRACT.

12.     If a Counterparty to a Desired 365 Contract files an objection to assumption or
assignment, whether based on Cure Amount, adequate assurance of future performance, or any other
alleged cause or claim, then, to the extent the relevant parties are not able to consensually resolve the
dispute before the Sale Hearing, such dispute will be heard and resolved by the Court at a hearing to
resolve the disputed Cure Amounts; *provided*, *however*, that if an objection relates solely to the Cure
Amount (any such objection, a "Cure Dispute"), the Desired 365 Contract may be assumed by the
Debtors and assigned to the Prevailing Purchaser provided that the cure amount the Counterparty
asserts is required to be paid under Bankruptcy Code Section 365(b)(1)(A) and (B) (or such lower

amount as agreed to by the Counterparty) is deposited in a segregated account by the Debtors pending

the Court's adjudication of the Cure Dispute or the parties' consensual resolution of the Cure Dispute.

13.     Adequate assurance information for the Prevailing Purchaser, whether by virtue of

making the Successful Bid at an Auction, or being selected as a Stalking Horse Bidder and making the

Highest Initial Bid (the "<u>Prevailing Purchaser Adequate Assurance Information</u>") will be available

from the Prevailing Purchaser, subject to appropriate confidentiality protections.

### <u>Sale Hearing Notice</u>

14.     The Court has scheduled a hearing on **<u>January 15, 2021 at 9:30 a.m. (prevailing</u>**

**<u>Central Time)</u>** (the "<u>Sale Hearing</u>") to potentially approve the Sale of the Assets.  The Sale Hearing

will be held before the Honorable Judge Jernigan, United States Bankruptcy Judge for the Northern

District of Texas, Dallas Division, 1100 Commerce Street, Room 1428, Dallas, TX 75242 (or virtually).

15.     Notice of the date and time of the Sale Hearing has been separately filed and served

by the Debtors.  The Sale Hearing may be continued as provided in the Bid Procedures and the Bid

Procedures Order.  The Transaction Notice and any information regarding continuances or

adjournments will also be available on the case website maintained by Donlin, Recano & Company,

Inc., the Debtors' claims and noticing agent, at https://www.donlinrecano.com/Clients/smgh/Index.

### <u>Objection Notice Parties</u>

16.     The Objection Notice Parties are as follows: (i) counsel to the Debtors, Law Offices

of Frank J. Wright, 2323 Ross Avenue, Suite 730, Dallas, Texas 75201 (Attn: Frank J. Wright, Esq.

and Jeffery M. Veteto, Esq., email: frank@fjwright.law and jeff@fjwright.law); (ii) counsel to the

Agent, Vinson & Elkins LLP, 2001 Ross Avenue, Suite 3900, Dallas, Texas 75201 (Attn: William L.

Wallander, Esq. and Bradley R. Foxman, Esq., email: bwallander@velaw.com and

bfoxman@velaw.com); (iii) counsel to DIP Lender, Jones Day, 250 Vesey Street, New York, New

York 10281 (Attn: John E. Mazey, Esq., Michael C. Schneidereit, Esq., and Nicholas J. Morin, Esq.,

email: jemazey@jonesday.com, mschneidereit@jonesday.com, and nmorin@jonesday.com); (iv) counsel to the Prevailing Purchaser, if one has been determined; (v) counsel to the Committee, (a) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Jeffrey Pomerantz, Esq., Robert Feinstein, Esq., and Steven Golden, Esq., email: jpomerantz@pszjlaw.com, rfeinstein@pszjlaw.com, and sgolden@pszjlaw.com) and (b) Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, TX 75201 (Attn: Ryan Manns, Esq., ryan.manns@nortonrosefulbright.com); (vi) counsel to the Stalking Horse Bidder(s), if any; and (vii) the United States Trustee at the Office of the United States Trustee for the Northern District of Texas.

**<u>Reservation of Rights</u>**

17.    The presence of an Executory Contract on **Exhibit A**, any Supplemental Assumption Notice or the Post-Auction Notice does not constitute an admission that such any listed Executory Contract is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code, or that such Executory Contract will be assumed by the Debtors and/or assigned to the Prevailing Purchaser. The Debtors reserve all of their rights to send out additional notices concerning additional or other Executory Contracts, subject to the provisions of any order by the Court.

DATED: December 21, 2020                 Respectfully submitted,

                                        **LAW OFFICES OF FRANK J. WRIGHT, PLLC**

                                        By:  */s/ Jeffery M. Veteto*
                                             Frank J. Wright
                                             Texas Bar No. 22028800
                                             Jeffery M. Veteto
                                             Texas Bar No. 24098548
                                             Jay A. Ferguson
                                             Texas Bar No. 24094648

                                        2323 Ross Avenue, Suite 730
                                        Dallas, Texas 75201

Telephone:   (214) 935-9100
Emails:      frank@fjwright.law
              jeff@fjwright.law
              jay@fjwright.law

**COUNSEL TO DEBTORS
AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas and *via* United States Mail, first class postage prepaid, on December 21, 2020 on the Debtors' Complex Service List

_/s/ Jeffery M. Veteto_

Jeffery M. Veteto

**Studio Movie Grill Holdings, *et al.***
**Case No. 20-32633-SGJ (Jointly Administered)**

Contracts

| DEBTOR ENTITY NAME | TITLE OF CONTRACT | STATE WHAT THE CONTRACT OR LEASE IS FOR *type of lease/contract* | NATURE OF THE DEBTOR'S INTEREST | COUNTERPARTY WITH WHOM THE DEBTOR HAS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE [NAME] | ESTIMATED CURE | |
|---|---|---|---|---|---|---|
| Movie Grill Concepts XXIV, LLC | Master Lease Agreement | Lease Agreement - Projectors | Leasehold -- equipment | Presidio Technology Capital, LLC | $ | 65,829.92 |
| Movie Grill Concepts XXX, LLC | Master Lease Agreement | Master Lease Agreement (equipment) | Leasehold -- equipment | Presidio Technology Capital, LLC | $ | 226,130.88 |
| Movie Grill Concepts XXXII, LLC | Master Lease Agreement | Master Lease Agreement (equipment) | Leasehold -- equipment | Presidio Technology Capital, LLC | $ | 119,527.16 |
| Movie Grill Concepts XL, LLC | Master Lease Agreement | Master Lease Agreement (equipment) | Leasehold -- equipment | Presidio Technology Capital, LLC | $ | 110,381.72 |
| Studio Movie Grill Holdings, LLC | Covering Agreement | Point-of-Sale Software | Licensed software for use in the theaters | Vista Entertainment Solutions (USA) Inc. | $ | 1,210,058.93 |
| Studio Movie Grill Holdings, LLC | Rackspace Hosting Services Agreement | Data Hosting | Multicloud business solutions | Rackspace US, Inc. | $ | 98,569.91 |
| Studio Movie Grill Holdings, LLC | Empyr | Marketing Campaigns | Campaigns to reach & engage consumers to drive purchases | Empyr, Inc. | $ | 171,129.39 |
| Studio Movie Grill Holdings, LLC | Master Services Agreement | Integrated marketing services | Foster client devotion & drive sales | Tandem Theory | $ | 34,100.00 |
| Studio Movie Grill Holdings, LLC | Janitorial Agreement | Janitorial Services | Cleaning services | ACS Enterprises, Inc. | $ | 619,848.20 |
| Studio Movie Grill Holdings, LLC | AT&T Network Services - Amended & Restated Pricing Schedule and Service Guides | Telephone, Internet, Network Services | Phone, network, VPN services | AT&T Business | $ | 405,934.27 |
| Studio Movie Grill Holdings, LLC | Master Agreement | Consumer facing mobile application & website | Ticketing platform to lead consumers to SMG | Atom Tickets, LLC | $ | - |
| Studio Movie Grill Holdings, LLC | Gift Card Services Agreement | Digital gifting & incentives platform solutions | Gift card platform | Agreement was with Cashstar; when checking address, Internet says Cashstar was purchased by Blackhawk Network Holdings, Inc. | $ | 1,168.16 |
| Studio Movie Grill Holdings, LLC | Beverage Marketing Agreement | Coca-Cola fountain drink program | Coca-Cola products to offer for sale in GA market | Coca-Cola Bottling Company Unitied-East, LLC | $ | - |
| Studio Movie Grill Holdings, LLC | Project Term Sheet | Projection monitoring and repair | Design, sourcing & installation of projection systems | CES+ | $ | 286,814.54 |
| Studio Movie Grill Holdings, LLC | Service Schedule #2 to MSA | PCI compliance | PCI readiness and any possible remediation | CompliancePoint DM, Inc. | $ | 22,950.00 |
| Movie Grill Concepts XLV, LLC | Service Agreement | HVAC & Refrigeration - Planned service solution | HVAC Maintenance & Repair for Hampton | ColonialWebb Contractors Company | $ | 10,167.85 |
| Movie Grill Concepts XXXIX, LLC | Contractor Agreement | General Contractor | Construction of the Cirrus Heights theater | Construct & Maintain Corp DBA CM Corp | $ | 4,489,111.21 |

| Entity | Agreement | Description | Purpose | Counterparty | Amount |
|---|---|---|---|---|---|
| Studio Movie Grill Holdings, LLC | Statement of Work No. 1 | Data Hosting | Support for SQL, server and database environment | Dataxvol Corporation | $ 21,044.00 |
| Movie Grill Concepts 1, Ltd. | Lease No. 001-90008489-001 | Technology Equipment Lease; provides servers at theaters; payment plan | Computer equipment | Dell Financial Services L.L.C. | $ 123,559.40 |
| Studio Movie Grill Holdings, LLC | Pest Elimination Services Agreement | Pest elimination and pest control services | Pest control provider | Ecolab, Inc. | $ 36,094.53 |
| Studio Movie Grill Holdings, LLC | Product and Services Supply Agreement | Lease Agreement equipment | Leased equipment | Ecolab, Inc. | $ 70,533.49 |
| Studio Movie Grill Holdings, LLC | Master Agreement for Waste & Recycling Services | Dumpsters and hauling of trash and recyclables | Trash and recyclable provider | Elytus Waste - Republic Services of Indiana | $ 69,862.14 |
| Movie Grill Concepts XXXII, LLC | Contractor Agreement | General Contractor | Direct the remodel at Prosperity Village | EMJ Construction | $ 3,326,265.15 |
| Studio Movie Grill Holdings, LLC | Non-Exclusive Ticketing Distribution Agreement | Ticket Sales Platform | Offers a platform for SMG guests to purchase tickets | Fandango, LLC | $ 4,607.07 |
| Studio Movie Grill Holdings, LLC | Bottled Water Proposal | Bottled Water Provider | Provides bottled water for guests to purchase | Fuji Water Company LLC | $ - |
| Studio Movie Grill Holdings, LLC | System Service, Remote Operation and NOC Contract | Projection monitoring and repair | Service & maintenance of projection and sound systems | Film-Tech Cinema Systems LLC | $ 415,450.72 |
| Studio Movie Grill Holdings, LLC | Data Sharing Agreement | Cloud based software as a service loyalty platform | Provides SMG with information used for analytics & marketing relating to moviegoer data | Movio Inc. | $ 155,136.19 |
| Movie Grill Concepts I, Ltd. | Work for Hire Agreement | Website Maintenance | Website design and maintenance | FourPoint Technologies, LLC | $ - |
| Movie Grill Concepts XX, LLC | Master Theatrical Exhibition Contract | License to exhibit motion picture movies | License to show 20th Century Fox motion pictures | Twentieth Century Fox Film Corporation | $ - |
| Studio Movie Grill Holdings, LLC | Second Amended & Restated Credit & Guaranty Agreement | Lender agreement | Senior Secured Credit Facility | Goldman Sachs Specialty Lending Group, L.P. | $ 106,188,121.06 |
| Studio Movie Grill Holdings, LLC | Service Scope & Fee Proposal for Prototypical Site Adaptation Services | Architectural services | SMG's Architect | ID Studio 4, LLC | $ 262,255.46 |
| Studio Movie Grill Holdings, LLC | Master Services Agreement | Design, build & test SnapLogic interfaces | Assessment of SMG's SnapLogic environment | IMIDIA LLC | $ 30,470.00 |
| Movie Grill Concepts I, Ltd. | Lease Agreement | Financing IT Equipment | Receipt of equipment through financing w/Juniper | Juniper Networks Inc. | $ - |
| Studio Movie Grill Holdings, LLC | LC Voice Master Agreement | Installation, configuration of voicemail system; security phone lines | Voicemail setup and servicing | Lantana Communications | $ 11,211.24 |
| Movie Grill Concepts Trademark Holdings, LLC | Lions Gate Releasing LLC Theatrical License Agreement | License to exhibit motion picture movies | License to show Lionsgate motion pictures | Lions Gate Releasing LLC | $ 1,598.51 |
| Movie Grill Concepts IX, LLC | Equipment Lease Contract | Copier/Fax Lease Agreement | Office copier | Martin Leasing | $ 676.47 |
| Movie Grill Concepts I, Ltd. | Office Equipment Lease Contract | Home Office Copier Lease Agreement | Officer, scanner and fax machine | Martin Leasing | $ - |
| Movie Grill Concepts XLV, LLC | Otis Contract Hampton | Preventative Maintenance | Maintenance & repair of elevator | Otis Elevator Company | $ 15,603.00 |

| Entity | Agreement | Description | Purpose | Counterparty | Amount |
|---|---|---|---|---|---|
| Movie Grill Concepts I, Ltd. | Paramount Guaranty Letter and 3 Confidential Credit Applications | Brians personal guaranty and credit applications for 3 locations; Exh. A lists 8 locations | License to show Paramount motion pictures | Paramount Pictures Corporation | $ 6,705.38 |
| Movie Grill Concepts I, Ltd. | Beverage Sales Agreement | Pepsi products license agreement | Non-alcoholic beverages for serving guests | Bottling Group, LLC | $ - |
| Studio Movie Grill Holdings, LLC | Produce Program Agreement | Exclusive produce distributor agreement | Produce for serving guests | Pro*Act, LLC | $ - |
| Studio Movie Grill Holdings, LLC | Term Renewal Agreement | Managed Cloud Computing Services | Multicloud business solutions | Rackspace US, Inc. | Included with other listed amount |
| Movie Grill Concepts XLIV, LLC | Contractor Agreement | General contractor for Chisholm Trail Ranch | Direct construction of new theater | Ready Construction Services, LLC | $ 264,433.15 |
| Movie Grill Concepts XLIV, LLC | Electricity Sales Agreement | Electric provider for Chisholm Trail Ranch | Electricity | Reliant Energy Retail Services, LLC | $ 20,390.67 |
| Movie Grill Concepts X, LLC | Agreement Between Owner & Contractor | Contractor for Scottsdale theater remodel | Director remodel of theater | Rosewood Commercial Building Corporation | $ 146,712.00 |
| Studio Movie Grill Holdings, LLC | Restaurant Technologies, Inc. Supply Agreement | National cooking oil management system | Cooking oil equipment and oil | Restaurant Technologies, Inc. | $ 78,771.02 |
| Studio Movie Grill Holdings, LLC | Restaurant Technologies, Inc. Supply Agreement | Renewal of original agreement for national cooking oil management system | Cooking oil equipment and oil | Restaurant Technologies, Inc. | Included with other listed amount |
| Studio Movie Grill Holdings, LLC | Engagement Letter | Sales & Use Tax Audit | Audits our records to ensure we are compliant w/sales taxes | Ryan, LLC | $ 1,225.00 |
| Studio Movie Grill Holdings, LLC | Engagement Letter | Consulting services – assist with minimizing property tax liabilities for SMG properties | Consulting services for property taxes | Ryan, LLC | $ 56,380.89 |
| Movie Grill Concepts I, Ltd. | Amendment #1 to the Agreement | Extend the theater advertising agreement | Theater on-screen advertising | Screenvision Exhibition, Inc. | $ - |
| Movie Grill Concepts I, Ltd. | Screenvision Exhibition, Inc. Letter Agreement | On-screen advertising for theaters | Theater on-screen advertising | Screenvision Exhibition, Inc. | $ - |
| Studio Movie Grill Holdings, LLC | Multi-Location Environmental Scent Service Agreement | Environmental scent units and service | Theater fragrance units and cartridges | ScentAir Technologies, LLC | $ 47,558.12 |
| Movie Grill Concepts XXIII, LLC | Contractor Agreement | Construction of Northpoint theater | Direct remodel of Northpoint theater | Segars Group, LLC | $ 1,906,396.35 |
| Studio Movie Grill Holdings, LLC | Sinemia White Label Service Agreement | Acquire right to use their license & gain access to their platform for content management system | Provides a channel for our guests to purchase subscriptions | Sinemia Inc. | $ - |
| Studio Movie Grill Holdings, LLC | Sony Pictures Releasing Guarantee Letter | Guarantee letter and credit application for showing motion pictures | License to show Sony motion pictures | Sony Pictures Releasing Corporation | $ 274,583.20 |
| Movie Grill Concepts XXXVIII, LLC | SSD Alarm Proposal for Marietta | Alarm system | Installation of alarm system at Marietta | SSD Systems | $ - |

| Debtor | Agreement | Description | Additional Description | Counterparty | Amount |
|---|---|---|---|---|---|
| Studio Movie Grill Holdings, LLC | Affiliate Marketing Agreement for PEST Pictures | Authorization to market, promote & sale of the PEST picture on a premium electronic sell-through basis | Marketing & sale of the digital code for the PEST picture | Warner Bros. Home Entertainment Inc. | Included with other listed amount |
| Studio Movie Grill Holdings, LLC | Universal Film Exchanges LLC Master License Agreement | Authorization to show Universal's motion pictures | License to show Universal motion pictures | Universal Film Exchanges LLC | $ 622,171.49 |
| Movie Grill Concepts Trademark Holdings, LLC | First Amendment to Master Distribution Agreement | Minimum delivery requirement changed | Food distributor | US Foods, Inc. | Included with other listed amount |
| Movie Grill Concepts Trademark Holdings, LLC | US Foods Master Distribution Agreement | National food distributor | Food distributor | US Foods, Inc. | $ 920,541.19 |
| Movie Grill Concepts Trademark Holdings, LLC | Second Amendment to Master Distribution Agreement | Amendment to term and addition of incentives | Food distributor | US Foods, Inc. | Included with other listed amount |
| Studio Movie Grill Holdings, LLC | Covering Agreement | License for Vista Cinema software and for further software development | Systems design, programming & software support | Vista Entertainment Solutions (USA) Inc. | Included with other listed amount |
| Studio Movie Grill Holdings, LLC | Covering Agreement | License for Vista Cinema software and for further software development | Systems design, programming & software support | Vista Entertainment Solutions (USA) Inc. | Included with other listed amount |
| Movie Grill Concepts I, Ltd. | Master Digital Cinema and Administrative Agreement | CIDM to manage the collection and administration of fees for the use of digital systems | Digital systems to exhibit advertising content | Access Digital Cinema Phase 2, Corp. | $ - |
| Studio Movie Grill Holdings, LLC | Fifth Modification of Continuing Guaranty | Amended the guaranty to include Pearland | License to show Warners Bros motion pictures | Warner Bros. Pictures Domestic | Included with other listed amount |
| Studio Movie Grill Holdings, LLC | Standard Terms & Conditions – United States | License granted by Warner Bros. to show motion pictures | Terms & conditions under the license agreement | Warner Bros. Distributing Inc. | $ 30,678.96 |
| Movie Grill Concepts Trademark Holdings, LLC | Master Subscription Agreement | Human Resources Management Software as a Service | Agreement only signed by SMG | Workday, Inc. | $ 351,163.82 |
| Movie Grill Concepts Trademark Holdings, LLC | Professional Services Agreement | Human Resources Management Software and Services | Agreement only signed by SMG | Workday, Inc. | Included with other listed amount |
| Movie Grill Concepts III, Ltd. | Equipment Schedule No. 24 | Equipment Lease – Chairs | Equipment lease for theater chairs | CSI, Leasing, Inc. | $ 10,966.64 |
| Movie Grill Concepts VI, Ltd. | Smarttrack Schedule No. 23 | Equipment Lease – Chairs | Equipment lease for theater chairs | CSI Leasing, Inc. | $ 20,149.14 |
| Movie Grill Concepts IX, LLC | Equipment Schedule No. 25 | Equipment Lease – Chairs | Equipment lease for theater chairs | CSI Leasing, Inc. | $ 22,689.16 |
| Studio Movie Grill Holdings, LLC | Payment Plan Agreement | Connectivity (Internet) | Fiber internet for theater locations | Zayo Group, LLC | $ 239,433.21 |
| Movie Grill Concepts XXXI, LLC | Application Services Agreement | Integration of scheduling software | Team member shift scheduling via an app | Hot Schedules | $ 52,378.63 |
| Studio Movie Grill Holdings, LLC | Master Contract Monitoring | Security monitoring | Monitors security systems for multiple locations | BCI Technologies | $ 7,126.65 |
| Studio Movie Grill Holdings, LLC | Master Country Agreement – United States | Licensed data space & services per an agreed upon Order | Access to & use of IBX centers | Equinix, LLC | $ 15,208.28 |

| Entity | Agreement | Purchased | Service | Counterparty | Amount |
|---|---|---|---|---|---|
| Movie Grill Concepts Trademark Holdings, LLC | NOVAtime Purchase Agreement | Time & attendance; clocks purchased | Time & attendance management system | Novatime | $ 37,482.98 |
| Movie Grill Concepts Trademark Holdings, LLC | iSolved Human Capital Management Master Service Agreement | Payroll processing | Payroll tax filing, direct deposit services, ACH | iSolved HCM, LLC | $ - |
| Studio Movie Grill Holdings, LLC | SSD Alarm | Installs and monitors security/alarm systems | Installs burglar alarm systems in our new locations | Security Signal Devices, Inc. | $ 105,383.66 |
| Movie Grill Concepts XLIV, LLC | Master Theatrical Exhibition Contract | License to show Paramount Motion Pictures | License to show Paramount motion pictures at Chisholm Trail | Paramount Pictures Corporation | Included with other listed amount |
| Movie Grill Concepts XLIV, LLC | Master License Agreement | Limited license for showing of motions pictures provided by a distributor on behalf of various film companies | License to show motion pictures by various film companies | Avrion Releasing, LLC | $ - |
| Studio Movie Grill Holdings, LLC | Master License and Guaranty Agreement | Limited License to Exhibit Distributor's motion pictures | License to show motion pictures by various film companies | Cloudburst Distribution, LLC | $ 2,378.40 |
| Movie Grill Concepts XXI, LLC | Master License Agreement | Limited license for theatrical exhibition | License to show Paramount motion pictures at Northwest Highway | Paramount Pictures Corporation | Included with other listed amount |
| Movie Grill Concepts XLIV, LLC | Master License Agreement | License to show Universal motion pictures | License to show Universal motion pictures at Chisholm Trail | Universal Film Exchanges LLC | Included with other listed amount |
| Movie Grill Concepts XLIV, LLC | United States Basic Agreement | License to show Warner Bros. motion pictures | License to show Warner Bros. motion pictures at Chisholm Trail | Warner Bros. Distributing Inc. | Included with other listed amount |
| Movie Grill Concepts XXXVII, LLC | License & Support Agreement | Theater command center software product | Software to manage & control end-to-end processes & equipment for digital cinema exhibition | Hollywood Software, Inc. | $ 16,731.66 |
| Movie Grill Concepts Trademark Holdings, LLC | Armored Car Service Agreement | Armored car services | Armored car services | Garda CL Southwest Inc. | $ 14,184.60 |
| Movie Grill Concepts I, LTD | Shopping center lease | Real property lease and amendments | leasehold | AmREIT SSPF Berkeley | $ 689,172.62 |
| Movie Grill Concepts III, LTD | Shopping center lease | Real property lease and amendments | leasehold | CPT Arlington Highlands 1, LP | $ - |
| Movie Grill Concepts IV, LTD | Lease Agreement between HRI Easton Commons, LP, as Landlord, and Movie Grill Concepts IV, Ltd., as Tenant | Real property lease and amendments | leasehold | CH Realty VII/R Houston Easton Commons LP | $ - |
| Movie Grill Concepts VI, LTD | Project Lease between Midway CC Venture I, LP, as Landlord, and Movie Grill Concepts VI, Ltd., as Tenant | Real property lease and amendments | leasehold | Midway CC Venture I, L.P. | $ - |
| Movie Grill Concepts VII LLC | Lease Agreement between Store Master Funding III, LLC, as Landlord, and Movie Grill Concepts VII, LLC, as Tenant | Real property lease and amendments | leasehold | STORE MASTER FUNDING III LLC | $ 421,000.00 |
| Movie Grill Concepts IX LLC | Lease between 11170 North Central LP, as Landlord, and Movie Grill Concepts IX, LLC | Real property lease and amendments | leasehold | 11170 North Central LP | $ - |
| Movie Grill Concepts X LLC | Amended and Restated Lease Agreement between Sonora Village, LLC as Landlord, and Movie Grill Concepts X, LLC, as Tenant | Real property lease and amendments | leasehold | Sonora Village, LLC | $ - |
| Movie Grill Concepts XII LLC | Lease Agreement between Ramco-Gershenson Properties, LP, as Landlord, and Movie Grill Concepts XII, LLC, as Tenant | Real property lease and amendments | leasehold | RPT Realty, L.P. | $ 430,325.57 |
| Movie Grill Concepts XIII LLC | Retail Lease between Rice Lake Square, L.P., as landlord, and Movie Grill Concepts XIII, LLC | Real property lease and amendments | leasehold | Rice Lake Square, LLC | $ 553,905.71 |

| Entity | Description | Type | Counterparty | Amount |
|---|---|---|---|---|
| Movie Grill Concepts XIV LLC | Retail Lease between Rice Lake Square, L.P., as landlord, and Movie Grill Concepts XIII, LLC | Real property lease and amendments | leasehold | Brixmor Operating Partnership 2, LLC | $ 652,694.45 |
| Movie Grill Concepts XV, LLC | by and between Epicentre SPE (Charlotte), LLC, a Delaware limited liability company ("Landlord"), as successor-in-interest to MV EpiCentre II LLC, and Movie Grill Concepts XV, LLC | Real property lease and amendments | leasehold | MV EPICENTRE II LLC and Epicentre SPE (Charlotte), LLC | $ 521,529.62 |
| Movie Grill Concepts XVI, LLC | Lease between Rancho Keystone Park, L.P., a Delaware limited partnership, as Landlord, and Movie Grill Concepts XVI, LLC, as Tenant, dated June 1, 2012 | Real property lease and amendments | leasehold | Rancho Keystone Park, L.P. | $ 752,652.72 |
| Movie Grill Concepts XVII, LLC | Lease between CP Loews Trust, LLC, as Landlord, and Movie Grill Concepts XVII, LLC, as Tenant, dated March 27, 2013 | Real property lease and amendments | leasehold | CP Loews Trust, LLC | $ - |
| Movie Grill Concepts XIX, LLC | Lease between W/A SVT Holdings VI, L.L.C., as Landlord, and Movie Grill Concepts XIX, LLC, as Tenant, dated August 29, 2013 | Real property lease and amendments | leasehold | Bayside SVTC, LLC | $ 545,616.90 |
| Movie Grill Concepts XX, LLC | Lease between Rocklin Pavilions, LLC and Rocklin Pavilions Sales, LLC, as Landlord, and Movie Grill Concepts XX, LLC, as Tenant, | Real property lease and amendments | leasehold | Rocklin Pavilions LP and Rocklin Pavilions Sales LP | $ - |
| Movie Grill Concepts XXI, LLC | Lease between EPT Dallas, LLC, as Landlord, and Movie Grill Concepts XXI, LLC, as Tenant, dated August 29, 2013 | Real property lease and amendments | leasehold | EPT Dallas, LLC | $ - |
| Movie Grill Concepts XXII, LLC | Lease between Tyler Broadway/Centennial LP, as Landlord, and Movie Grill Concepts XXII, LLC, as Tenant, dated June 20, 2013, as amended by that certain First Amendment to Lease Agreement, effective as of January 6, 2014 | Real property lease and amendments | leasehold | Tyler Broadway/Centennial LP | $ - |
| Movie Grill Concepts XXIII, LLC | Third Amended and Restated Lease Agreement between Store Master Funding III, LLC, a Delaware limited liability company, as Landlord, and Movie Grill Concepts XXIII, LLC, as Tenant, dated September 27, 2019 | Real property lease and amendments | leasehold | STORE Master Funding III, LLC | $ 526,585.72 |
| Movie Grill Concepts XXIV, LLC | Lease between LSREF2 Clover Property 18, LLC, as Landlord, and Movie Grill Concepts XXIV, LLC, as Tenant, dated May 13, 2014 | Real property lease and amendments | leasehold | University Mall Portwood Owner LLC University Mall TIC Owner LLC, University Mall SOHO Owner LLC | $ 664,882.35 |
| Movie Grill Concepts XXV, LLC | Lease between 69th Street Retail Owner, LP, as Landlord, and Movie Grill Concepts XXV, LLC, as Tenant, dated June 20, 2014, as amended by that certain First Amendment thereto dated March 11, 2015 | Real property lease and amendments | leasehold | 69th Street Retail Owner, LP | $ 361,628.26 |
| Movie Grill Concepts XXVI, LLC | Motion Picture Theatre Lease between 210 W. 87th (Chicago) THC, L.L.C., as Landlord, and Movie Grill Concepts XXVI, LLC | Real property lease and amendments | leasehold | Bwana Theater Partners, LLC | $ 895,329.40 |
| Movie Grill Concepts XXVII, LLC | Lease between EOP Lewisville, Ltd, as Landlord, and Movie Grill Concepts XXVII, LLC, as Tenant, dated March 6, 2014, amended by that certain First Amendment thereto dated June 30, 2014, and as further amended by that certain Second Amendment thereto dated November 19, 2014 | Real property lease and amendments | leasehold | EOP Lewisville, Ltd. | $ - |
| Movie Grill Concepts XXVIII, LLC | Deed of Ground Lease, dated June 21, 2005 (the "Ground Lease") | Real property lease and amendments | leasehold | SVAP III TC Colleyville, LLC | $ 352,715.00 |
| Movie Grill Concepts XXX,LLC | Lease Agreement, dated January 5, 2018, by and between MV Rolling Oaks Retail, LLC, a Delaware limited liability company, and Movie Grill Concepts XXX, LLC | Real property lease and amendments | leasehold | MV Rolling Oaks Retail, LLC | $ - |

| Debtor | Description | Type | Counterparty | Amount |
|---|---|---|---|---|
| Movie Grill Concepts XXXI, LLC | Lease Agreement, dated July 7, 2015, by and between Lincoln Square RC RioCan LP, a Delaware limited partnership, and Movie Grill Concepts XXXI, LLC | Real property lease and amendments | leasehold | BRE RC Lincoln Square TX LP Lincoln Square RC RioCan LP | $ 747,217.40 |
| Movie Grill Concepts XXXII, LLC | Shopping Center Lease, dated July 2, 2018, by and among Lockard Midland Square, LLC, an Iowa limited liability company, Midland Tower Properties, LLC, an Iowa limited liability company, and Lockard Development, Inc., an Iowa corporation, and Movie Grill Concepts XXXII, | Real property lease and amendments | leasehold | Lockard Midland Square, LLC; Midland Tower Properties, LLC; Lockard Development, Inc. | $ - |
| Movie Grill Concepts XXXIV, LLC | Lease agreement | Real property lease and amendments | leasehold | TNTF, LLC | $ 692,357.24 |
| Movie Grill Concepts XXXV, LLC | Retail Lease, dated December 30, 2016, by and between Rosedale Bakersfield Retail VI, LLC, a Delaware limited liability company, and Movie Grill Concepts XX, LLC | Real property lease and amendments | leasehold | Rosedale Bakersfield Retail VI, LLC | $ - |
| Movie Grill Concepts XXXVI, LLC | Lease, dated April 1, 2016, by and between Seminole Mall LP, a Florida limited partnership, and Movie Grill Concepts XXXVI, LLC | Real property lease and amendments | leasehold | Seminole Mall LP | $ - |
| Movie Grill Concepts XXXVIII, LLC | Lease Agreement, dated March 15, 2017, by and between Spirit Realty, L.P., a Delaware limited partnership, and Movie Grill Concepts XXXVIII, LLC | Real property lease and amendments | leasehold | Spirit Realty, L.P. | $ 569,140.15 |
| Movie Grill Concepts XXXIX, LLC | Lease Agreement, dated June 27, 2018, by and between TNTF, LLC a Texas Limited Liability company and Movie Grill Concepts XXXIX, LLC | Real property lease and amendments | leasehold | TNTF, LLC | $ - |
| Movie Grill Concepts XL, LLC | Lease, dated June 10, 2019, by and between 5500 South Freeway, LLC, a Delaware limited liability company, and Movie Grill Concepts XL, LLC, as amended by that certain First Amendment to Lease dated January 21, 2020 | Real property lease and amendments | leasehold | 5500 South Freeway, LLC | $ 366,665.66 |
| Movie Grill Concepts XLII, LLC | DEED OF LEASE | Real property lease and amendments | leasehold | Mason Row Apartments, LLC | $ - |
| Movie Grill Concepts XLIII, LLC | Retail Lease, dated July 31, 2018, by and between WG Park-Anchor B Limited Partnership, a Delaware limited partnership, and MGC XLIII | Real property lease and amendments | leasehold | WG Park-Anchor B Limited Partnership | $ - |
| Movie Grill Concepts XLIV, LLC | Lease, dated November 8, 2018, by and between SEC CTR & MeP, LP, a Texas limited partnership, and Movie Grill Concepts XLIV, LLC | Real property lease and amendments | leasehold | SEC CTR & MeP, LP (Street Level Investments; Anne Kuta) | $ 414,483.49 |
| Movie Grill Concepts XLV, LLC | Amended and Restated Lease Agreement, dated January 12, 2019, by and between Peninsula Main VA, LLC, a Texas limited liability company, and MGC XLV | Real property lease and amendments | leasehold | Peninsula Main VA, LLC | $ - |
| Movie Grill Concepts XLVI, LLC | Third Amended and Restated Lease Agreement, dated September 27, 2019, by and between STORE Master Funding III, LLC, a Delaware limited liability company, and MGC XXIII, LLC | Real property lease and amendments | leasehold | STORE Master Funding III, LLC | $ - |
| Studio Movie Grill Holdings LLC | Office Lease Agreement between Red River Park Central, LLC, as landlord, and Studio Movie Grill Holdings, LLC, as tenant, dated February 2016 | Real property lease and amendments | leasehold | Reserve Capital – Hidden Grove SPE LLC | $ 33,683.64 |
| Movie Grill Concepts XXXVII, LLC | Lease Agreement, dated August 31, 2017, by and between Spirit Master Funding X, LLC, a Delaware limited liability company, and Movie Grill Concepts XXXVII, LLC | Real property lease and amendments | leasehold | Spirit Master Funding X, LLC | $ 2,211,615.94 |

| Debtor | Contract | Description | Type | Counterparty | Amount |
|---|---|---|---|---|---|
| Movie Grill Concepts Trademark Holdings, LLC | Application for a plan of group insurance | life insurance | life insurance | Guardian Life Insurance Company | $ - |
| Movie Grill Concepts Trademark Holdings, LLC | Employer application for large group | Health insurance | Health insurance | UNITED HEALTHCARE | $ 147,522.00 |
| Movie Grill Concepts Trademark Holdings, LLC | FLEXIBLE SPENDING ACCOUNT | FLEXIBLE SPENDING ACCOUNT | FLEXIBLE SPENDING ACCOUNT | TRION GROUP | $ - |
| Movie Grill Concepts Trademark Holdings, LLC | Third Party Administrator Engagement Agreement | 401k administrator | 401k Plan | America's 401k, Inc. | $ - |
| Movie Grill Concepts Trademark Holdings, LLC | Portfolio Blueprint Program Service Agreement | 401k administrator | 401k Plan | Voya Retirement Insurance and Annuity Company | $ - |
| Studio Movie Grill Holdings, LLC | Insurance policy | Property incl Leased & Rented Equipment | Insurance | LIBERTY MUTUAL INSURANCE CO | $ - |
| Studio Movie Grill Holdings, LLC | Business Insurance | Liability, Auto, Workers Compensation, liquor liability | Insurance | C N A | $ - |
| Studio Movie Grill Holdings, LLC | Insurance contract | Crime, Directors & Officers Liability, Fiduciary Liability, Employment Practices Liability, Cyber, excess liability | Insurance | Chubb | $ - |
| Studio Movie Grill Holdings, LLC | Insurance policy | Excess Liability | Insurance | Travelers | $ - |
| Movie Grill Concepts XXIII, LLC | Insurance contract | Flood | Insurance | Lloyds of London | $ - |
| Studio Movie Grill Holdings, LLC | Insurance contract | Earthquake | Insurance | Lloyds of London | $ - |
| Studio Movie Grill Holdings, LLC | Insurance contract | Earthquake | Insurance | Lloyds of London | $ - |
| Movie Grill Concepts XXXVII, LLC | Insurance contract | Earthquake | Insurance | Lloyds of London | $ - |
| Movie Grill Concepts XX, LLC | Insurance contract | Earthquake | Insurance | Lloyds of London | $ - |
| Movie Grill Concepts XIX, LLC | Insurance contract | Excess D&O | Insurance | Starstone | $ - |
| Studio Movie Grill Holdings, LLC | Insurance contract | Excess D&O | Insurance | Endurance | $ - |
| Studio Movie Grill Holdings, LLC | Insurance contract | Flood | Insurance | Voyager Indemnity Insurance Company | $ - |
| Studio Movie Grill Holdings, LLC | Insurance contract | Excess Liability | Insurance | C N A Specialty | $ - |
| Studio Movie Grill Holdings, LLC | Insurance contract | Earthquake | Insurance | QBE | $ - |
| Studio Movie Grill Holdings, LLC | Premium Finance Agreement | LLOYDS LONDON insurance premium financing | Insurance financing | IPFS | $ - |
| Studio Movie Grill Holdings, LLC | Premium Finance Agreement | Western World Insurance Co premium financing | Insurance financing | IPFS | $ - |
| Studio Movie Grill Holdings, LLC | Premium Finance Agreement | Traveler's premium financing | Insurance financing | IPFS | $ - |
| Studio Movie Grill Holdings, LLC | Premium Finance Agreement | Voyager premium financing | Insurance financing | IPFS | $ - |
| Studio Movie Grill Holdings, LLC | Employment Agreement | Brian Flood Employment Agreement | Employment | Brian Flood | N/A - Contingent |
| Studio Movie Grill Holdings, LLC | Employment Agreement | Tearlach Hutcheson Employment Agreement | Employment | Tearlach Hutcheson | N/A - Contingent |
| Studio Movie Grill Holdings, LLC | Employment Agreement | Denise Lytle Employment Agreement | Employment | Denise Lytle | N/A - Contingent |
| Studio Movie Grill Holdings, LLC | Offer letter | Tonya Mangels | Employment | Tonya Mangels | N/A - Contingent |
| Studio Movie Grill Holdings, LLC | Employment Agreement | Jenna Patrick Employment Agreement | Employment | Jenna Patrick | N/A - Contingent |
| Movie Grill Concepts Trademark Holdings, LLC | Confidential Seperation Agreement and General Release of Claims | Kito Cody severance | Severance | Kito Cody | $ 13,430.49 |
| Studio Movie Grill Holdings, LLC | Employment Agreement | Sheri Lawrence Employment Agreement | Employment | Sheri Lawrence | N/A - Contingent |
| Movie Grill Concepts Trademark Holdings, LLC | Confidential Seperation Agreement and General Release of Claims | Theodore Croft severance | Severance | Theodore Croft | N/A - Contingent |
| Movie Grill Concepts Trademark Holdings, LLC | Confidential Seperation Agreement and General Release of Claims | John Smitherman severance | Severance | John Smitherman | N/A - Contingent |
| Movie Grill Concepts XVII, LLC | Gas Supply Agreement | natural gas contract | gas customer | Constellation | $ 142,36 |
| Movie Grill Concepts XII, LLC | Commercial Natural Gas Sales Agreement | natural gas contract | gas customer | Constellation Newenergy - Gas Division, LLC | $ - |

| | | | | | |
|---|---|---|---|---|---|
| Studio Movie Grill Holdings, LLC | Gas Supply Agreement | natural gas contract | gas customer | Constellation Newenergy - Gas Division, LLC | $ - |
| Movie Grill Holdings XIV, LLC | Commercial Natural Gas Sales Agreement | natural gas contract | gas customer | Reliant Energy Retail Service, LLC | $ 797,95 |
| Movie Grill Concepts I, Ltd. | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 15,419,00 |
| Movie Grill Concepts III, Ltd. | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 13,492,00 |
| Movie Grill Concepts IV, Ltd. | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 3,409,89 |
| Movie Grill Concepts IX, Ltd. | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 13,079,55 |
| Movie Grill Concepts VI, Ltd. | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 23,973,00 |
| Movie Grill Concepts VII, Ltd. | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ |
| Movie Grill Concepts XVI, LLC | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 20,781,78 |
| Movie Grill Concepts XXI, LLC | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 27,287,00 |
| Movie Grill Concepts XXII, LLC | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 21,557,82 |
| Movie Grill Concepts XXIII, LLC | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 18,155,86 |
| Movie Grill Concepts XXVIII, LLC | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 10,714,75 |
| Movie Grill Concepts XXXI, LLC | Electricity Sales Agreement | electricity contract | electric customer | Reliant Energy Retail Service, LLC | $ 16,914,91 |
| Movie Grill Concepts Trademark Holdings, LLC | Lease agreement | Postage machine lease | Postage machine lease | Pitney Bowes | $ 192,51 |
| Studio Movie Grill Holdings, LLC | Managed Print Services Agreement | Copier Lease Agreement | HP Copier equipment | DEXMPS | $ 344,02 |
| Movie Grill Concepts I, Ltd. | NuCO2 Beverage Gas Equipment/Products Supply Agreement | Equipment/Products Supply Agreement | CO2 Tanks and equipment | NuCO2 LLC | $ 11,387,23 |
| Studio Movie Grill Holdings, LLC | Security Services Agreement | Security monitoring agreement | Security monitoring | GHS Secure Solutions (USA) Inc. | $ 25,352,24 |
| Movie Grill Concepts XLIII, LLC | Contractor Agreement | Construction services | Construction services | Graycor Construction Company, Inc. | Unknown |
| Studio Movie Grill Holdings, LLC | Standard Form of Agreement Between Owner and Contractor | Construction services | Construction services | Panterra Development Ltd., L.L.P. | Unknown |
| OHAM Holdings, LLC | SECURITIES PURCHASE AGREEMENT | note and securities agreement | debt and warrants | TSO SMG Note Investment Aggregator L.P.,Michael Lambert Trust u/d/r, 3/1/93, TowerBrook Capital Partners L.P. | Unknown |
| Studio Movie Grill Holdings, LLC | Master Agreement and Order Form | services agreement | HR services | OneSource Virtual, Inc. | $ . |
| Studio Movie Grill Holdings, LLC | GrubHub | services agreement | Food delivery services | GrubHub Holdings Inc. | $ . |
| Studio Movie Grill Holdings, LLC | Groupon Merchant Agreement | Sell of goods and services as a voucher | Presale of tickets | Groupon Merchant Services, LLC | $ . |
| Studio Movie Grill Holdings, LLC | Confidential Settlement Agreement and CML Agreements | payment agreement | Installment Payments | Capital One, N.A. | $ 480,233,97 |
| Studio Movie Grill Holdings, LLC | Equipment Rental Agreement | Equipment Rental Agreement | Leased Equipment | Olympic Compactor Rental Inc. | $ 2,800.00 |
| Studio Movie Grill Holdings, LLC | Order Form | Alteryx desktop automation | software license | Alteryx, Inc. | $ 1,104.90 |
| Studio Movie Grill Holdings, LLC | SnapLogic Master Subscription Agreement and Amendments | technology services | technology services | Snaplogic, Inc. | $ |
| Studio Movie Grill Holdings, LLC | SMG Cloud an ITSM Professional Services and Master Agreement | technology services | Cloud and Professional services | Technology Spa | $ |

| | | | | | |
|---|---|---|---|---|---|
| Studio Movie Grill Holdings, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts I, Ltd. | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts III, Ltd. | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts IV, Ltd. | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts VI, Ltd. | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts VII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts IX, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts X, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XIII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XIII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XIV, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XV, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XVI, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XVII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XVIII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XIX, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XX, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XXI, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XXII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XXIII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XXIV, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XXV, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XXVI, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XXVII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XXVIII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XXXI, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts Trademark Holdings, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XLIV, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XL, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |
| Movie Grill Concepts XLV, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ |

| Movie Grill Concepts XXX, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ | - |
| Movie Grill Concepts XXXII, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Worldpay, LLC f/k/a Vantiv, LLC | $ | - |
| Studio Movie Grill Holdings, LLC | Bank Card Merchant Agreement and amendments | Credit card processing | technology services | Capital One, NA | $ | 480,233.97 |