IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-32633-SGJ-11 |
| | § | |
| STUDIO MOVIE GRILL HOLDINGS, LLC, | § | Chapter 11 |
| *et al.*,[1] | § | |
| DEBTOR. | § | Jointly Administered |

**THE DALLAS MORNING NEWS AFFIDAVIT OF PUBLICATION FOR THE NOTICE OF (I) THE TERMS AND CONDITIONS OF THE TRANSACTION; (II) DEADLINE FOR FILING OBJECTIONS TO THE TRANSACTION; (III) DATE OF SALE HEARING; AND (IV) DATE OF AUCTION**

Dated: January 4, 2021
Brooklyn, New York

DONLIN, RECANO & COMPANY, INC.

*/s/ Nora Morales*

Nora Morales
Director
6201 15th Avenue
Brooklyn, New York 11219
Telephone: 212-481-1411
Email: nmorales@donlinrecano.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Studio Movie Grill Holdings, LLC (6546) ("SMG Holdings"); OHAM Holdings, LLC (0966); Movie Grill Concepts Trademark Holdings, LLC (3096); Movie Grill Concepts I, Ltd. (6645); Movie Grill Concepts III, Ltd. (2793); Movie Grill Concepts IV, Ltd. (1454); :Movie Grill Concepts IX, LLC (3736); Movie Grill Concepts VI, Ltd. (6895); Movie Grill Concepts VII, LLC (2291); Movie Grill Concepts X, LLC (6906); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XII, LLC (6040); Movie Grill Concepts XIII, LLC (5299); Movie Grill Concepts XIV, LLC (4709); Movie Grill Concepts XIX, LLC (9646); Movie Grill Concepts XL, LLC (4454); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLII, LLC (2309); Movie Grill Concepts XLIII, LLC (9721); Movie Grill Concepts XLIV, LLC (8783); Movie Grill Concepts XLV, LLC (2570); Movie Grill Concepts XV, LLC (4939); Movie Grill Concepts XVI, LLC (1033); Movie Grill Concepts XVII, LLC (1733); Movie Grill Concepts XVIII, LLC (8322); Movie Grill Concepts XX, LLC (7300); Movie Grill Concepts XXI, LLC (1508); Movie Grill Concepts XXII, LLC (6748); Movie Grill Concepts XXIV, LLC (5114); Movie Grill Concepts XXIX, LLC (5857); Movie Grill Concepts XXV, LLC (4985); Movie Grill Concepts XXVI, LLC (5233); Movie Grill Concepts XXVII, LLC (4427); Movie Grill Concepts XXVIII, LLC (1554); Movie Grill Concepts XXX, LLC (1431); Movie Grill Concepts XXXI, LLC (3223); Movie Grill Concepts XXXII, LLC (0196); Movie Grill Concepts XXXIII, LLC (1505); Movie Grill Concepts XXXIV, LLC (9770); Movie Grill Concepts XXXIX, LLC (3605); Movie Grill Concepts XXXV, LLC (0571); Movie Grill Concepts XXXVI, LLC (6927); Movie Grill Concepts XXXVII, LLC (6401); Movie Grill Concepts XXXVIII, LLC (9657); Movie Grill Concepts XXIII, LLC (7893); Studio Club, LLC (3023); Studio Club IV, LLC (9440); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLVI, LLC (2344); Movie Grill Concepts XLVTI, LLC (5866); Movie Grill Concepts XLVIII, LLC (8601); Movie Grill Concepts XLIX, LLC (0537); Movie Grill Concepts L, LLC (5940); Movie Grill Concepts LI, LLC (7754); Movie Grill Concepts LII, LLC (8624); Movie Grill Concepts LIII, LLC (3066); Movie Grill Concepts LIV, LLC (2018); Movie Grill Concepts LV, LLC (4699); Movie Grill Partners 3, LLC (4200); Movie Grill Partners 4, LLC (1363); Movie Grill Partners 6, LLC (3334); and MGC Management I, LLC (3224).

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared Mert Tezkol, advertising Representative for The Dallas Morning News, being duly sworn by oath, states the attached advertisement of

**STUDIO MOVIE GRILL - Case No. 20-32633-SGJ AD# 1783260**
was published in The Dallas Morning News

DATE PUBLISHED
December 23, 2020

_____
Mert Tezkol

December 29, 2020

_____
(Notary Public)

Filiz Onculer

Filiz Onculer
My Commission Expires
11/12/2022
ID No. 130023017

# Classified Marketplace

One of the most trusted brands in North Texas.

Get started today at **dallasnews.com/classifieds** or call **214.745.8123.**

## PETS & LIVESTOCK

- Birds
- Cats
- Cattle
- Dogs
- Horses & Mules
- Other Animals
- Pets Found
- Pets Lost
- Services & Supplies

Due to potential misuse/abuse of pets, *The Dallas Morning News* suggests that advertisers charge a minimal fee for their pets. Every life has a value. Also, due to health risks to the pets, we recommend puppies and kittens are at least 8-12 weeks old before they are sold. Use caution when responding to pet ads that involve unusual payment plans or require long-distance shipping. Find your pet from a trustworthy source. If purchasing from a private party or breeder, ask to see where the pets live to ensure the environment is a clean and healthy one. Reputable breeders will almost always provide detailed genealogical information and a health guarantee. You are encouraged to report suspected inhumane conditions and animal abuse/neglect to the Humane Society and your local authorities.

### Birds

SWANS Ready Now! Will Deliver 903-876-3183

### Cats

TICA Reg. Savanna Kittens, $500 Each 405-712-3720 text for pictures and more information.

Beautiful Persian Kittens, Reg. CFA, Blue/Bi-Color, Whites, Choc. M/F, Hand Raised in my home, Never caged. $1,000. 972-754-5494

### Cattle

Well respected long time breeder of extra nice SHELTIES (Mini Collies) Is retiring, Looking for special homes as pets (No Breeders) 2-10 years old, very special deals for my previous customers. starfireranchtx@Outlook.com Starfireranch.50megs.com 1-903-664-2090

44 Nice Young Black Angus Cows Bred 4-7 months, 3-5 years old $1,135. 254-223-4610

### Dogs

AKC Brittany, Shots 6 weeks on 12/23 Excel. Blood Line, Fields trial stock, $1200. 254-835-4010 or 817-776-1117

AKC Lilac Merle Mini French Bulldogs, DNA Pedigree, 3F/3M puppies, DOB 10/01/20 topluck@hotmail.com www.luckfrenchbulldogs.com 806-777-3606

Cane Corso International champion sire. Health tested and guaranteed for 26mo. Male and female available. 8wks old. 575-318-3810

Imperial Shih Tzu CKC Reg. 3F, 1-M UTD Shots, Vet Chk, Health Guar. Ready for Christmas!! 817-992-9204

Sheepadoodles Puppies Ready Now!!, 3-M 3-F $2,000. Text for application 214-448-2888

Sheltie Puppies Small Size Health Guarantee!! older also avail. 903-513-9642

YORKIE PUPPIES Reg. Shots wormed, vet Checked $700-$800 Cash 214-766-4762

## MERCHANDISE

- Estate Sales
- Garage Sales
- Antiques, Art, Collectibles
- Appliances-Home
- Auction Sales
- Books, Magazines
- Building Materials
- China, Silver, Tableware
- Cooling, Heating Equip
- Crafts, Hobbies, Seasonal
- Electronics
- Farm Equipment
- Flooring, Carpet
- Furniture-Home
- Gameroom Equip
- Infant/Children Items
- Jewelry, Watches
- Lawn & Garden
- Machinery & Tools
- Medical, Handicapped
- Equipment Merchandise
- Office Equip/Furn
- Pianos, Musical
- Instruments Pools, Spas, Supplies
- Portable Buildings
- Restaurant, Bar,
- Business Fixtures Sewing Machines
- Sporting Goods
- Tickets-Sports/
- Entertainment Tickets-Travel
- Warehouse Equip
- Wearing Apparel

### Jewelry, Watches

WANTED: Watchmaker tools, Watch parts. Watchmaker teaching nephew the trade. 860-315-4653

That's the [ticket]
Buy and sell with locals.
214.745.8123
dallasnews.com/classifieds

## services

### Brick, Stone Services

Brick Repair, Cracks, Mail Boxes, Etc., No Job To Big or Small, 20 years Experience. Free Estimates. (469) 688-8836

### Concrete

MartinezConcrete.com -Driveways -Patios -Pool Decks -Walkways -Professional& Reliable (214)212-2980

### Home Repairs

Interior/Exterior Painting
Sheetrock Repair, Cracked Ceiling Repair, Wood fence repair & Painting or Stained. No Projects to Big or Small Over 50 Years experience Senior Discount 972-642-5116

### House Foundation Repairs

ROCK Foundation Repair
Free est; $125 pier & beam
214-489-5606
972-765-0729
469-735-8572, credit cards
dfw-foundationrepair.com

### Roofing Repair

ROOF REPAIRS Leaks, Missing Shingles Roof Turbines, Gutter Cleaning. 19 years of exper. Greg: 972-849-1845

Warner Roofing Company
All Types of Roofing!! Insurance Claims Welcome. Free Estimates. Licensed & Fully Insured ****BBB MEMBER**** 214-207-7725 thewarnercompanytx.com
the warner company

Call us about our exciting new online and print advertising opportunities!

### Hauling

MIKE'S HAULING. We haul and clean up debris & junk. Clean out estates, warehouses, garage & haul scrap metal & old cars! Fence Repair 972.374.6985

### Concrete

Concrete Work, Low rates. Free estimates. Patios, Driveways & more! 972-272-4468 214-674-1166

### Home Repairs

Rotten Wood Repair, Siding, Windows, Doors, Electrical, Small Plumbing, Fence Repair, Painting, Tile, Call 972-520-6916

### Fencing/Repair

Fence Repair Wood-Chain Link-Iron, Retaining Walls, Electric Gates, 30 yrs EXP. All work Guaranteed, Reliable, call 972-765-5919

### Landscaping, Lawn & Garden

Flower Beds, Tree's, Grass Install, Patio's, Stone work, Concrete. Drainage, Retaining Walls Call 972-520-6916

### Firewood

PECAN, OAK WOOD, $140 1/2, $280 full cord. FREE Delivery & Stack!! Call Jorge 214-650-7293
Jorge Tree Service

EAST TEXAS FIREWOOD
4x4"-$140 4x8"-$240 4x16"-$380
Free Delivery & Stack
Call Rowdy (903) 385-5886

Seasoned Oak Firewood Free Stack & Delivery!! $175. 1/2 Cord, $325 Full Cord Satisfaction Guaranteed!! 580-239-1956 or 405-380-8545

FIREWOOD Dallas & surrounding areas, full cord $250, 1/2 cords $150. Pickup or Delivery, (214) 375-5220

R Brothers Firewood Oak & Peacan 1/2 Cord $175, Full Cord $275. Delivery & Stacked 469-767-8556 or 469-867-8711

### Plumbing & Septic/ Drainage

REEVES Pro Plumbing Residential / Commercial ***Licensed & Insured *** (214) 693-0651 M-38264

### Portable Buildings

WOOD BUILDINGS (Unfinished Inside)
12x16 .................... $3,125
14x24 .................... $5,765
16x32 .................... $6,895
24x28 .................... $10,915
30x40 .................... $18,680
(built on site) 817-505-6215

### Tree Service

MIKE'S Tree Service Trim trees, clean-out flowerbeds, clean fence lines & alley ways, weed eating, etc. (c)972.374.6985

## legal

### Bids & Proposals

Notice of Solicitations

**21-49-926 Student Bus Transportation Tracking Software**

The Irving Independent School District (IISD), Dallas County, Texas will receive Proposals for the following: **21-49-926 Student Bus Transportation Tracking Software** until 2:00 PM, January. 20, 2021, in the Purchasing Office at 2621 W. Airport Frwy, Irving, TX 75062.

RFP information and requirements may be obtained for review on the Irving ISD website at: http://www.irvingisd.net/Page/2238 or from the Purchasing Office from 7:30 AM to at least 5:00 PM, Monday through Thursday, or by calling (972) 600-5402.

NOTE: THE IRVING PURCHASING DEPARTMENT WILL BE CLOSED FOR THE WINTER BREAK FROM DECEMBER 21, 2020 TO JANUARY 4, 2021.

Documents will be posted by 8:00AM on December 17, 2020. The posted document will include all information relevant to the procurement process and services needed. The district reserves the right to reject any or all proposals and to waive any informality. It is the responsibility of the vendors to check the listed internet site for any addenda posted in relation to this opportunity.

## legal

### LEGAL BIDS & NOTICES

- Bankruptcy, Court Sales
- Bids and Proposals
- Legal Notices

### Bids & Proposals

PO# 1265-9322/ DO#902965
CITY OF DALLAS CONSTRUCTION ADVERTISEMENT FOR BIDS
Sealed bids will be received electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com until 1:00 P.M. on FRIDAYS. All bids will be publicly read at 2:00 P.M on FRIDAYS and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bids titles and dates of public opening are listed below. Bid Packets may be obtained by downloading from https://dallascityhall.bonfirehub.com.

CIZ1960- "TRN Signal Construction – Group 7".

1. Belt Line and Seagoville
2. Cockrell Hill and Rock Quarry
3. Jefferson and Justin
4. Eighth and Ewing

Plans, Specifications and Proposal will be available on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com on Wednesday December 30, 2020.

There will be a Pre-Bid Conference held at 10:00 AM on January 6, 2021 virtually online. Due to the COVID-19 Pandemic, in-person Pre-Bid Conferences and site visits will not be held. The Pre-Bid Conference will be held online using Microsoft Teams and can be accessed using the following link:
Online meeting link: https://teams.microsoft.com/l/meetup-join/19%3ameeting_YWY2OTJkNGItZGFmNi00Mzg5LWI2NjItMDNlYWZkNjAyMzAx%40thread.v2/0?context=%7b%22Tid%22%3a%222935709e-c10c-4809-a302-852d369f8700%22%2c%22Oid%22%3a%226219d855-383d-4239-88f8-d4b0c0e12550%22%7d

+1 469-217-7604,,505898394# United States, Dallas Phone Conference ID: 505 898 394#

Electronic version of Plans, Specifications and Proposal can be obtained at the following City of Dallas website at https://dallascityhall.bonfirehub.com and will be available on December 30, 2020. Vendors shall submit project related questions via email to Joseph Marchione (Joseph.Marchione@dallascityhall.com) no later than 5:00 PM on January 13, 2021. Responses to all questions received will be provided in an addendum no later than January 22, 2021.
Project Manager: Joseph Marchione, (214) 416-3182, Joseph.Marchione@dallascityhall.com
Bid Closing Date: Friday, January 29, 2021

PO# 1265-9323/ DO# 902982
CITY OF DALLAS CONSTRUCTION ADVERTISEMENT FOR BIDS
Sealed bids will be received electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com until 1:00 P.M. on FRIDAYS. All bids will be publicly read at 2:00 P.M on FRIDAYS and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bids titles and dates of public opening are listed below. Bid Packets may be obtained by downloading from https://dallascityhall.bonfirehub.com.
CIZ1961- "TRN Signal Construction – Group 8".

1. Pratt and Zang
2. Abrams and Eastridge
3. Wheatland and Willoughby/Leigh Ann
4. Audelia and Forestridge / McCree

Plans, Specifications and Proposal will be available on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com on Wednesday December 30, 2020.

There will be a Pre-Bid Conference held at 10:00 AM on January 6, 2021 virtually online. Due to the COVID-19 Pandemic, in-person Pre-Bid Conferences and site visits will not be held. The Pre-Bid Conference will be held online using Microsoft Teams and can be accessed using the following link:
Online meeting link: https://teams.microsoft.com/l/meetup-join/19%3ameeting_YWY2OTJkNGItZGFmNi00Mzg5LWI2NjItMDNlYWZkNjAyMzAx%40thread.v2/0?context=%7b%22Tid%22%3a%222935709e-c10c-4809-a302-852d369f8700%22%2c%22Oid%22%3a%226219d855-383d-4239-88f8-d4b0c0e12550%22%7d

+1 469-217-7604,,505898394# United States, Dallas Phone Conference ID: 505 898 394#

Electronic version of Plans, Specifications and Proposal can be obtained at the following City of Dallas website at https://dallascityhall.bonfirehub.com and will be available on December 30, 2020. Vendors shall submit project related questions via email to Joseph Marchione (Joseph.Marchione@dallascityhall.com) no later than 5:00 PM on January 13, 2021. Responses to all questions received will be provided in an addendum no later than January 22, 2021.
Project Manager: Joseph Marchione, (214) 416-3182, Joseph.Marchione@dallascityhall.com
Bid Closing Date: Friday, January 29, 2021

PO# 1265-9324/ DO# 902976
CITY OF DALLAS CONSTRUCTION ADVERTISEMENT FOR BIDS
Sealed bids will be received electronically via the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com until 1:00 P.M. on FRIDAYS. All bids will be publicly read at 2:00 P.M on FRIDAYS and can be viewed on the City of Dallas' website at www.dallascityhall.com (see City Meetings). Bids titles and dates of public opening are listed below. Bid Packets may be obtained by downloading from https://dallascityhall.bonfirehub.com.

CIZ1962- "TRN Signal Reconstruction – Walnut Hill and White Rock Trail".
Plans, Specifications and Proposal will be available on the City of Dallas' solicitation website at https://dallascityhall.bonfirehub.com on Wednesday December 30, 2020.

There will be a Pre-Bid Conference held at 10:00 AM on January 6, 2021 virtually online. Due to the COVID-19 Pandemic, in-person Pre-Bid Conferences and site visits will not be held. The Pre-Bid Conference will be held online using Microsoft Teams and can be accessed using the following link:
Online meeting link: https://teams.microsoft.com/l/meetup-join/19%3ameeting_YWY2OTJkNGItZGFmNi00Mzg5LWI2NjItMDNlYWZkNjAyMzAx%40thread.v2/0?context=%7b%22Tid%22%3a%222935709e-c10c-4809-a302-852d369f8700%22%2c%22Oid%22%3a%226219d855-383d-4239-88f8-d4b0c0e12550%22%7d

+1 469-217-7604,,505898394# United States, Dallas Phone Conference ID: 505 898 394#

Electronic version of Plans, Specifications and Proposal can be obtained at the following City of Dallas website at https://dallascityhall.bonfirehub.com and will be available on December 30, 2020. Vendors shall submit project related questions via email to Joseph Marchione (Joseph.Marchione@dallascityhall.com) no later than 5:00 PM on January 13, 2021. Responses to all questions received will be provided in an addendum no later than January 22, 2021.
Project Manager: Joseph Marchione, (214) 416-3182, Joseph.Marchione@dallascityhall.com

Bid Closing Date: Friday, January 29, 2021

### Legal Notices

THE COUNTY OF DALLAS – STATE OF TEXAS

**Philip Huang, MD, MPH**
**Director/Health Authority**

**Public Notice**
**Notice of Closing of Dallas County Emergency Housing Assistance Program-2020**

The Dallas County Health and Human Services (DCHHS) announces the closing of the Emergency Housing Assistance Program (EHAP-2020) funded through the CARES Act effective December 30, 2020. No applications will be accepted for the program after **Wednesday, December 30, 2020, at 11:59 p.m**. All applications received on or prior to the aforementioned date and time will be processed in accordance with EHAP-2020 guidelines and will not be impacted by the closure. The program provides short-term, rental, mortgage and utility assistance to Dallas County residents living outside the City of Dallas facing economic hardship in the wake of COVID-19.

Dallas County is pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or natural origin.

(The Dallas County Commissioners Court authorized funding for the Emergency Housing Assistance Program-2021 (EHAP-2021). A separate public notice for EHAP-2021 will be announced at a later date.)

NOTICE OF PUBLIC HEARING
CITY OF DALLAS HOUSING FINANCE CORPORATION
MULTIFAMILY HOUSING REVENUE BONDS
(MIDPARK TOWERS)

Notice is hereby given of a telephonic public hearing to be held by the City of Dallas Housing Finance Corporation (the "Issuer") on Wednesday, January 6, 2021, at 10:00 a.m. Interested parties may join the public hearing on the date and the time indicated above by dialing +1.866.226.4650 (US Toll Free) and, when prompted, entering the meeting code 240 966 898#.

The public hearing is regarding the issuance of the above-named bonds by the Issuer, which may be issued in one or more series in an aggregate principal amount not to exceed $20,000,000 (the "Bonds"). The Bonds will be issued as exempt facilities bonds for a qualified residential rental project (the "Development") pursuant to section 142(a)(7) of the Internal Revenue Code, as amended (the "Code"). The Development is tentatively designated as Midpark Towers and will be located at 8550 Midpark Road, Dallas, Texas 75240. The initial owner and principal user of the Development will be Midpark Towers Apts. LP (or a related person or affiliate thereof).

All interested persons are invited to telephonically attend such public hearing to express their views with respect to the Development and the issuance of the Bonds. Questions or requests for additional information may be directed to Mr. Kyle Hines, Interim Assistant Director, City of Dallas Housing and Neighborhood Revitalization, 1500 Marilla, 6CN, Dallas, Texas 75201 (214-670-4942). Any interested persons unable to dial into the hearing, but who would like to express their views with respect to the Development and the Bonds, may submit their views in writing to Mr. Hines prior to the date scheduled for the hearing.

This notice is published and the above-described hearing is to be held in satisfaction of the requirements of Section 147(f) of the Code and Revenue Procedure 2020-21 issued by the Internal Revenue Service.

NOTICE OF PUBLIC HEARING
CITY OF DALLAS HOUSING FINANCE CORPORATION
MULTIFAMILY HOUSING REVENUE BONDS
(GATEWAY OAK CLIFF)

Notice is hereby given of a telephonic public hearing to be held by the City of Dallas Housing Finance Corporation (the "Issuer") on Wednesday, January 6, 2021, at 10:30 a.m. Interested parties may join the public hearing on the date and the time indicated above by dialing +1.866.226.4650 (US Toll Free) and, when prompted, entering the meeting code 240 966 898#.

The public hearing is regarding the issuance of the above-named bonds by the Issuer, which may be issued in one or more series in an aggregate principal amount not to exceed $33,000,000 (the "Bonds"). The Bonds will be issued as exempt facilities bonds for a qualified residential rental project (the "Development") pursuant to section 142(a)(7) of the Internal Revenue Code, as amended (the "Code"). The Development is tentatively designated as Gateway Oak Cliff and will be located at 400 S. Beckley Avenue, Dallas, Texas 75203. The initial owner and principal user of the Development will be Gateway Oak Cliff, LP (or a related person or affiliate thereof).

All interested persons are invited to telephonically attend such public hearing to express their views with respect to the Development and the issuance of the Bonds. Questions or requests for additional information may be directed to Mr. Kyle Hines, Interim Assistant Director, City of Dallas Housing and Neighborhood Revitalization, 1500 Marilla, 6CN, Dallas, Texas 75201 (214-670-4942). Any interested persons unable to dial into the hearing, but who would like to express their views with respect to the Development and the Bonds, may submit their views in writing to Mr. Hines prior to the date scheduled for the hearing.

This notice is published and the above-described hearing is to be held in satisfaction of the requirements of Section 147(f) of the Code and Revenue Procedure 2020-21 issued by the Internal Revenue Service.

### Legal Notices

NOTICE TO CREDITORS
ESTATE OF VIRGINIA JONES WALLACE
Notice is hereby given that original Letters Testamentary upon the Estate of VIRGINIA JONES WALLACE, Deceased, were issued on November 30, 2020, in Cause No. PR-20-01187-1, pending in the Probate Court No. 1 of Dallas County, Texas. All persons having claims against the Estate are hereby required to present same within the time and in the manner prescribed by law. Claims should be addressed in care of "Representative, Estate of VIRGINIA JONES WALLACE, Deceased" and may be presented to the Representative at the following address:
Pratt & Thomas, PLLC
2201 Main Street, Suite 800
Dallas, Texas 75201

The Dallas Morning News
Download our app at dallasnews.com

Bridgeway Preparatory Academy will host a public hearing on its annual financial management report on January 5, 2020. This meeting will be held virtually at 6:00 PM and the public may attend virtually and access this hearing by clicking on Join a Meeting at zoom.us. The Meeting ID is 965 0273 2363 and the passcode is bpa2020. The public will be allowed to provide virtual testimony at this virtual hearing.

**Metrocare Services – Request for Proposal**
**HIPAA Risk Assessment Services**
**Closing Date: December 29, 2020**

Metrocare Services is accepting proposals for HIPAA Risk Assessment Services

Bid details provided upon request:
Contact:
Metrocare Services
Office of Compliance
(214) 743-1200
Email: Compliance@metrocareservices.org
Woman/Minority-Owned/HUB certified businesses are encouraged to participate.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

| | | |
|---|---|---|
| **In re: STUDIO MOVIE GRILL HOLDINGS, LLC, *et al.*,** | § | **Chapter 11** |
| | § | **Case No. 20-32633-SGJ** |
| **Debtors.** | § | **(Jointly Administered)** |

**NOTICE OF (I) THE TERMS AND CONDITIONS OF THE TRANSACTION; (II) DEADLINE FOR FILING OBJECTIONS TO THE TRANSACTION; (III) DATE OF SALE HEARING; AND (IV) DATE OF AUCTION**

**PLEASE TAKE NOTICE THAT:**

On October 23, 2020, Studio Movie Grill Holdings, LLC and its debtor affiliates (the "**Debtors**"), as debtors in possession, each filed a voluntary petition for relief (the "**Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Texas (the "**Court**"), jointly administered under Case No. 20-32633-sgj. The Debtors are soliciting offers for the sale of their assets free and clear of all liens, claims, or encumbrances thereon. The Court has entered an order approving auction and sale procedures (the "**Bid Procedures**") for the Debtors' assets. All interested, qualified parties are invited to submit a qualifying bid to purchase the assets in accordance with the Bid Procedures. The deadline to submit bids on the assets is **January 6, 2021 at 5:00 p.m. (CT)**.

The Court has scheduled an auction of the Assets to occur on **January 11, 2021 at 10:00 a.m. (CT). The Auction will be conducted virtually via Zoom, WebEx, or other similar format as set forth in a further notice to be provided by the Debtors to parties entitled to receive such notice pursuant to the Bid Procedures by not later than 48 hours prior to the commencement of the Auction.** The Court has scheduled a hearing to potentially approve the sale of the assets free and clear of all liens, claims, or encumbrances, which will be held before the Honorable Judge Stacey G.C. Jernigan, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, 1100 Commerce St., Rm. 1428, Dallas, TX 75242 (or virtually) on **January 15, 2021 at 9:30 a.m. (CT)**. Except as otherwise set forth in the Bid Procedures or any notice provided by the Debtors, any objection to any of the relief requested at the sale hearing must be filed with the Court by not later than **January 13, 2021 at 4:00 p.m. (CT)**. All requests for information concerning the assets should be directed toward EFA Partners LLC, which can be contacted at: EFA Partners LLC, Attn: Brandt Gully; 1205 Johnson Ferry Road, Ste. 136-134, Marietta, GA 30068; Tel.: (770) 217-4379; email: bgully@efapartners.com. Copies of the full Transaction Notice, Bid Procedures and Sale Motion, the Bid Procedures Order, the Bid Procedures, and the Stalking Horse Agreement, if any, may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent, Donlin, Recano & Company, Inc., located at https://www.donlinrecano.com/Clients/smgh/Index.

### Bids & Proposals

**DEPARTMENT OF HOMELAND SECURITY**

**FEDERAL EMERGENCY MANAGEMENT AGENCY**

**Proposed Flood Hazard Determinations for the City of Richardson, Dallas County, Texas, and Case No. 20-06-1189P**. The Department of Homeland Security's Federal Emergency Management Agency (FEMA) solicits technical information or comments on proposed flood hazard determinations for the Flood Insurance Rate Map (FIRM), and where applicable, the Flood Insurance Study (FIS) report for your community. These flood hazard determinations may include the addition or modification of Base Flood Elevations, base flood depths, Special Flood Hazard Area boundaries or zone designations, or the regulatory floodway. The FIRM and, if applicable, the FIS report have been revised to reflect these flood hazard determinations through issuance of a Letter of Map Revision (LOMR), in accordance with Title 44, Part 65 of the Code of Federal Regulations. These determinations are the basis for the floodplain management measures that your community is required to adopt or show evidence of having in effect to qualify or remain qualified for participation in the National Flood Insurance Program. For more information on the proposed flood hazard determinations and information on the statutory 90-day period provided for appeals, please visit FEMA's website at https://www.floodmaps.fema.gov/fhm/BFE_Status/bfe_main.asp, or call the FEMA Mapping and Insurance eXchange (FMIX) toll free at 1-877-FEMA MAP (1-877-336-2627).

Make some [$] sell your [bike]
Buy and sell with locals.
214.745.8123 dallasnews.com/classifieds

## legal

### Bids & Proposals

City of Rowlett
Notice to Bidders

Sealed bids will be received at the Purchasing Office, 4004 Main Street, Rowlett, Texas 75088, mailed to P.O. Box 99, Rowlett, TX 75030-0099, until 2:00 P.M. January 6, 2021 for Bid 2021-08 Annual Crack Seal Program. Bids will be opened and read aloud by teleconference at the City Annex Conference Room, 4004 Main Street, Rowlett, Texas 75088.

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/215086965

**You can also dial in using your phone.**
United States (Toll Free): 1 866 899 4679
United States: +1 (571) 317-3116

**Access Code:** 215-086-965

Bid documents may be obtained on the web at http://www.rowlett.com/Bids.aspx.

Bids will be due at 1 pm on 1/6/2021 and publicly opened at the City of Plano Municipal Center at 2 pm on 1/7/2021. The public opening will be broadcast on Plano TV and may be accessed by this link:
https://www.plano.gov/210/Plano-TV
Bid No.: 2021-0144-B Haggard Library and Irrigation Improvements Project No. 6639.3. Instructions for bidding may be obtained at www.plano.gov/purch, www.planotx.ionwave.net or by calling 972-941-7557.

Proposals will be due at 1 pm on 1/26/2021 and publicly opened at the City of Plano Municipal Center at 2 pm on 1/26/2021. The public opening will be broadcast on Plano TV and may be accessed by this link:
https://www.plano.gov/210/Plano-TV
Proposal No.: 2021-0088-AC Electronics Recycling, Textile Collections and Paper Shredding. Instructions for bidding may be obtained at www.plano.gov/purch, at www.planotx.ionwave.net or by calling 972-941-7557.

LOCAL JOURNALISM
DELIVERED THE WAY YOU WANT
Call 1.800.925.1500 or visit dallasnews.com/subscribe
The Dallas Morning News

### Domestic Help Wanted

Couple needed for private home in Dallas TX. Lovely guest house furnished with utilities included. English is a must, good driver, no pets or children at home. Nice salary. Please provide a resume, phone number and photo. For more information contact me at bobbiemckamy@yahoo.com

## jobs

### Drivers

CELEBRATING BANCROFT AND SONS 50TH ANNIVERSARY

# TEAM DRIVERS

We are a **FAMILY OWNED** and operated business celebrating our 50th anniversary! We are looking to Hire Drivers that are willing to run **TEAM on DEDICATED ROUTES** hauling US Mail. Our dedicated schedules offer 2 and 3 days off at home every week. Our success as one of the top suppliers in the Southwest comes from having a friendly family atmosphere while showing compassion and flexibility with our drivers. We take pride in offering some of the newest and best equipment on the road and would like to invite you to come join our family!!

- Home Time 2 -3 days EVERY WEEK
- Brand new trucks arriving monthly
- Trucks replaced every 18-24 months
- ALL Dedicated Routes
- Quick hiring process
- 10 Paid Holidays
- Set Off Days
- Paid every Friday

**QUALIFICATIONS**

- 2 years OTR Tractor Trailer experience preferred
- Good MVR
- Must be able to obtain postal badge

**BENEFITS**

*** New Lower Health Insurance Cost***

- Medical, Dental, and Vision offered
- 401K with company match up to 6%
- Paid Weekly
- Vacation Pay
- Holiday Pay – 10 Paid Holidays a year (Extra 80 hours a year)

**CALL (972) 201-2641**

*UP TO 86K+ per year PER DRIVER!*

DN-1780291-01

## JUMBLE

THAT SCRAMBLED WORD GAME
By David L. Hoyt and Jeff Knurek

Unscramble these Jumbles, one letter to each square, to form four ordinary words.

DBEIA

LEOHL

SWIGAJ

RFONEZ

Do you cook tuna the same as salmon?
No! I sear the tuna, keeping the inside raw. The salmon needs to be 145 degrees internally. Now, let's talk flounder.
12 23
THE CHEF WHO SPECIALIZED IN COOKING GROUPER, TUNA, COD, ETC. WAS AN ---

Get the free JUST JUMBLE app • Follow us on Twitter @PlayJumble

Now arrange the circled letters to form the surprise answer, as suggested by the above cartoon.

"[ ]-[ ][ ][ ][ ]-[ ][ ][ ][ ][ ][ ][ ]"

(Answers tomorrow)

Yesterday's Jumbles: QUEST SPOIL DISOWN STEREO
Answer: Before the fashion model took the job, she — POSED QUESTIONS

©2020 Tribune Content Agency, LLC All Rights Reserved.

DN-1774596-23










