

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed March 4, 2021**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-32633-SGJ-11 |
| | § | |
| STUDIO MOVIE GRILL HOLDINGS, LLC, et al.,[1] | § | Chapter 11 |
| | § | |
| DEBTOR. | § | Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Studio Movie Grill Holdings, LLC (6546) ("**SMG Holdings**"); OHAM Holdings, LLC (0966); Movie Grill Concepts Trademark Holdings, LLC (3096); Movie Grill Concepts I, Ltd. (6645); Movie Grill Concepts III, Ltd. (2793); Movie Grill Concepts IV, Ltd. (1454); Movie Grill Concepts IX, LLC (3736); Movie Grill Concepts VI, Ltd. (6895); Movie Grill Concepts VII, LLC (2291); Movie Grill Concepts X, LLC (6906); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XII, LLC (6040); Movie Grill Concepts XIII, LLC (5299); Movie Grill Concepts XIV, LLC (4709); Movie Grill Concepts XIX, LLC (9646); Movie Grill Concepts XL, LLC (4454); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLII, LLC (2309); Movie Grill Concepts XLIII, LLC (9721); Movie Grill Concepts XLIV, LLC (8783); Movie Grill Concepts XLV, LLC (2570); Movie Grill Concepts XV, LLC (4939); Movie Grill Concepts XVI, LLC (1033); Movie Grill Concepts XVII, LLC (1733); Movie Grill Concepts XVIII, LLC (8322); Movie Grill Concepts XX, LLC (7300); Movie Grill Concepts XXI, LLC (1508); Movie Grill Concepts XXII, LLC (6748); Movie Grill Concepts XXIV, LLC (5114); Movie Grill Concepts XXIX, LLC (5857); Movie Grill Concepts XXV, LLC (4985); Movie Grill Concepts XXVI, LLC (5233); Movie Grill Concepts XXVII, LLC (4427); Movie Grill Concepts XXVIII, LLC (1554); Movie Grill Concepts XXX, LLC (1431); Movie Grill Concepts XXXI, LLC (3223); Movie Grill Concepts XXXII, LLC (0196); Movie Grill Concepts XXXIII, LLC (1505); Movie Grill Concepts XXXIV, LLC (9770); Movie Grill Concepts XXXIX, LLC (3605); Movie Grill Concepts XXXV, LLC (0571); Movie Grill Concepts XXXVI, LLC (6927); Movie Grill Concepts XXXVII, LLC (6401); Movie Grill Concepts XXXVIII, LLC (9657); Movie Grill Concepts XXIII, LLC (7893); Studio Club, LLC (3023); Studio Club IV, LLC (9440); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLVI, LLC (2344); Movie Grill Concepts XLVII, LLC (5866); Movie Grill Concepts XLVIII, LLC (8601); Movie Grill Concepts XLIX, LLC (0537); Movie Grill Concepts L, LLC (5940); Movie Grill Concepts LI, LLC (7754); Movie Grill Concepts LII, LLC (8624); Movie Grill Concepts LIII, LLC (3066); Movie Grill Concepts LIV, LLC (2018); Movie Grill Concepts LV, LLC (4699); Movie Grill Partners 3, LLC (4200); Movie Grill Partners 4, LLC (1363); Movie Grill Partners 6, LLC (3334); and MGC Management I, LLC (3224).

# AGREED ORDER CONFIRMING INAPPLICABILITY OF AUTOMATIC STAY AND GRANTING RELIEF FROM THE AUTOMATIC STAY

Came on to be considered the Debtors' *Expedited Motion for Entry of an Order Confirming Inapplicability of the Automatic Stay or, Alternatively, Relief from Automatic Stay to Proceed with State Court Litigation* (the "**Motion**"[2]), as amended. Based on the specific facts and circumstances of this case and for the reasons stated on the record, which are incorporated herein, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; (v) notice of the Motion and the hearing were appropriate under the circumstances and no other notice need be provided; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion and the statements made by counsel at the hearing, and after due deliberation thereon, there being found good and sufficient cause exists it is hereby

**ORDERED** that:

1. The Motion is granted to the extent specified in this Order;

2. The automatic stay under 11 U.S.C. § 362(a) is inapplicable to the cause of action asserted by Movie Grill Concepts XX, LLC against Panterra Development, Ltd. in *Movie Grill Concepts XX, LLC v. Panterra Development, LLP*, Consolidated Case No. BCV-18-102668 ("**Lawsuit**");

3. The automatic stay under 11 U.S.C. § 362(a) is hereby modified to authorize Debtors and all parties to the Lawsuit to proceed with prosecution of their respective claims and causes of action in the Lawsuit and in all related proceedings, including without limitation, in *Panterra GP, Inc. v. The Superior Court of Kern County*, California Court of Appeals, Fifth Appellate District Case No. F08377 (the "**Writ Proceeding**"), to final judgment, including all appeals. The automatic stay is hereby further modified to allow Debtors to enforce any

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

judgment pursuant to applicable non-bankruptcy law. As to the non-Debtor parties, the automatic stay shall remain in effect to stay the enforcement, pursuit of remedies, or collection of any judgment against the Debtors;

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**IT IS SO ORDERED**.

# # # End of Order # # #

<u>AGREED AND ENTRY REQUESTED</u>

**LAW OFFICES OF FRANK J. WRIGHT, PLLC**

By: */s/ Frank J. Wright*
    Frank J. Wright
    Texas Bar No. 22028800
    Jeffery M. Veteto
    Texas Bar No. 24098548
    Jay A. Ferguson
    Texas Bar No. 24094648
2323 Ross Avenue, Suite 730
Dallas, Texas 75201
Telephone: (214) 935-9100
Emails: frank@fjwright.law
       jeff@fjwright.law
       jay@fjwright.law

**COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION**

    **and**

**CLARK HILL PLC**

By: */s/ Stephen A. Roberts*
    Stephen A. Roberts
    Texas Bar No. 17019200
    sroberts@clarkhill.com
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone: (214) 651-4300
Fax: (214) 651-4330

***COUNSEL FOR PANTERRA DEVELOPMENT LTD., LLP AND PANTERRA GP, INC.***