

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 6, 2021**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **STUDIO MOVIE GRILL** | § | Case No. 20-32633-SGJ |
| **HOLDINGS, LLC,** *et al.,* | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Studio Movie Grill Holdings, LLC (6546) ("**SMG Holdings**"); OHAM Holdings, LLC (0966); Movie Grill Concepts Trademark Holdings, LLC (3096); Movie Grill Concepts I, Ltd. (6645); Movie Grill Concepts III, Ltd. (2793); Movie Grill Concepts IV, Ltd. (1454); Movie Grill Concepts IX, LLC (3736); Movie Grill Concepts VI, Ltd. (6895); Movie Grill Concepts VII, LLC (2291); Movie Grill Concepts X, LLC (6906); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XII, LLC (6040); Movie Grill Concepts XIII, LLC (5299); Movie Grill Concepts XIV, LLC (4709); Movie Grill Concepts XIX, LLC (9646); Movie Grill Concepts XL, LLC (4454); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLII, LLC (2309); Movie Grill Concepts XLIII, LLC (9721); Movie Grill Concepts XLIV, LLC (8783); Movie Grill Concepts XLV, LLC (2570); Movie Grill Concepts XV, LLC (4939); Movie Grill Concepts XVI, LLC (1033); Movie Grill Concepts XVII, LLC (1733); Movie Grill Concepts XVIII, LLC (8322); Movie Grill Concepts XX, LLC (7300); Movie Grill Concepts XXI, LLC (1508); Movie Grill Concepts XXII, LLC (6748); Movie Grill Concepts XXIV, LLC (5114); Movie Grill Concepts XXIX, LLC (5857); Movie Grill Concepts XXV, LLC (4985); Movie Grill Concepts XXVI, LLC (5233); Movie Grill Concepts XXVII, LLC (4427); Movie Grill Concepts XXVIII, LLC (1554); Movie Grill Concepts XXX, LLC (1431); Movie Grill Concepts XXXI, LLC (3223); Movie Grill Concepts XXXII, LLC (0196); Movie Grill Concepts XXXIII, LLC (1505); Movie Grill Concepts XXXIV, LLC (9770); Movie Grill Concepts XXXIX, LLC (3605); Movie Grill Concepts XXXV, LLC (0571); Movie Grill Concepts XXXVI, LLC (6927); Movie Grill Concepts XXXVII, LLC (6401); Movie Grill Concepts XXXVIII, LLC (9657); Movie Grill Concepts XXIII, LLC (7893); Studio Club, LLC (3023); Studio Club 4, LLC (9440); Movie Grill Concepts XI, LLC (2837); Movie Grill Concepts XLI, LLC (4624); Movie Grill Concepts XLVI, LLC (2344); Movie Grill Concepts XLVII, LLC (5866); Movie Grill Concepts XLVIII, LLC (8601); Movie Grill Concepts XLIX, LLC (0537); Movie Grill Concepts L, LLC (5940); Movie Grill Concepts LI, LLC (7754); Movie Grill Concepts LII, LLC (8624); Movie Grill Concepts LIII, LLC (3066); Movie Grill Concepts LIV, LLC (2018); Movie Grill Concepts LV, LLC (4699); Movie Grill Partners 3, LLC (4200); Movie Grill Partners 4, LLC (1363); Movie Grill Partners 6, LLC (3334); and MGC Management I, LLC (3224).

---

**TENTH STIPULATION AS TO DEADLINE TO OBJECT TO VERITEX COMMUNITY BANK'S**
**APPLICATION TO ADMINISTRATIVE EXPENSE CLAIM**            **PAGE 1**

**TENTH STIPULATION AS TO DEADLINE TO OBJECT TO VERITEX COMMUNITY BANK'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM**
**[Related to Docket Number 632]**

Studio Movie Grill Holdings, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" or the "**SMG**") and Veritex Community Bank ("**Veritex**") hereby stipulate and agree as follows:

**WHEREAS,** on February 15, 2021, Veritex filed its *Motion for Payment of Administrative Claims* (the "**Application**") seeking an administrative expense claims pertinent to four (4) Debtors in the amounts of $35,817.40, $45,585.14, $38,481.14, and $40,520.48 arising out of equipment leases between Veritex and the Debtors.

**WHEREAS,** the objection deadline to the Application was March 9, 2021 before being extended by multiple prior stipulations and agreements (the "**Objection Deadline**");

**WHEREAS,** the administrative expense claim may be resolved by agreement amongst the parties as part of a tentative agreement being negotiated and, therefore, this Application may be resolved without the necessity of further proceeding; and

**WHEREAS,** in order to allow the Debtors and Veritex additional time to reach an agreement and/or resolve the Application, Veritex has agreed to further extend the Objection Deadline to **September 10, 2021**

**NOW, THEREFORE, THE DEBTORS AND VERITEX STIPULATE AND AGREE THAT:**

1. The Objection Deadline is hereby extended to and including September 10, 2021.

2. An objection to the Application filed by the Debtors shall be deemed timely filed and served provided that such objection is filed and served by no later than September 10, 2021.

**IT IS FURTHER STIPULATED AND AGREED** that a copy of the signatures on this stipulation may be treated as originals for all purposes.

### End of Stipulation ###

**STIPULATED AND AGREED**:

*/s/ Jeffery M. Veteto*
Frank J. Wright
Texas Bar No. 22028800
Jeffery M. Veteto
Texas Bar No. 24098548
**LAW OFFICES OF FRANK J. WRIGHT, PLLC**
2323 Ross Avenue, Suite 730
Dallas, Texas 75201
Telephone: (214) 935-9100

*COUNSEL TO DEBTORS
AND DEBTORS-IN-POSSESSION*

-and-

*/s/ Bruce J. Zabarauskas*
Bruce J. Zabarauskas
Texas Bar No. 24095654
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214-969-2511
e-mail: bruce.zabarauskas@tklaw.com

*ATTORNEYS FOR VERITEX COMMUNITY BANK*