Jeffrey N. Pomerantz (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Steven W. Golden (SBT 24099681)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com
Tel: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the GUC Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-32633-SGJ |
| | § | |
| STUDIO MOVIE GRILL HOLDINGS, LLC, *et al.,*[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

## STIPULATION AND AGREED ORDER RESOLVING
## PROOF OF CLAIM NUMBER 501 FILED BY REGIONS BANK

Advisory Trust Group, LLC (the "**GUC Trustee**"), solely in its capacity as GUC Trustee of the GUC Trust (the "**GUC Trust**") and Regions Bank ("**Regions**" and, together with the GUC Trust, the "**Parties**") hereby stipulate and agree as follows:

**WHEREAS**, on February 19, 2021, Regions filed a general unsecured proof of claim against Studio Movie Grill Holdings, LLC ("**SMGH**") in the amount of $7,303,720.91, designated as Claim No. 501 by the Claims Agent in the above-captioned proceedings, (the "**Claim**"); and

**WHEREAS**, the Claim relates to a loan provided by Regions to SMGH pursuant to the Paycheck Protection Program, denominated as SBA Loan Number 7225037104 and Regions Loan No. 2652 (the "**PPP Loan**"); and

**WHEREAS,** on January 26, 2022, as authorized by Section 1106 of the CARES Act, the United States Small Business Administration remitted payment in full of the PPP Loan to Regions for forgiveness of the PPP Loan.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/Clients/smgh/Index.

**NOW, THEREFORE, THE GUC TRUST AND REGIONS STIPULATE AND AGREE THAT:**

1.      The above recitals are incorporated as if fully set forth herein.

2.      The Parties agree that the Claim has been satisfied in full and shall be expunged from the Claims Register.

**### End of Order ###**

DOCS_LA:344664.1 81962/002

Dated: August 15, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

By:     */s/ Steven W. Golden*
Jeffrey N. Pomerantz (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Steven W. Golden (SBT 24099681)
780 Third Avenue, 34th Floor
New York, NY  10017
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the GUC Trust*

Dated: August 15, 2022

**CLARK HILL STRASBURGER**

*/s/ Robert P. Franke*
Robert P. Franke (TX State Bar No. 07371200)
901 Main Street, Suite 6000
Dallas, TX  75202
Tel:  (214) 651-4300
bfranke@clarkhill.com

*Counsel to Regions Bank*

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2022, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case via the Court's ECF system for the Northern District of Texas.

    /s/ Steven W. Golden
       Steven W. Golden