Jeffrey N. Pomerantz (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Steven W. Golden (SBT 24099681)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com
Tel: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the GUC Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-32633-SGJ |
| | § | |
| STUDIO MOVIE GRILL HOLDINGS, LLC, *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

**STIPULATION AND AGREED ORDER RESOLVING
PROOF OF CLAIM NUMBER 82 FILED BY WG PARK ANCHOR B LP**

Advisory Trust Group, LLC (the "**GUC Trustee**"), solely in its capacity as GUC Trustee of the GUC Trust (the "**GUC Trust**") and WG Park Anchor B Limited Partnership ("**WG Park**" and, together with the GUC Trust, the "**Parties**") hereby stipulate and agree as follows:

**WHEREAS**, on November 16, 2020, WG Park filed a general unsecured proof of claim against Movie Grill Holdings XLIII, LLC ("**MGC XLIII**") in the amount of $2,278,735.11, designated as Claim No. 82 by the Claims Agent in the above-captioned proceedings, (the "**Claim**");[2] and

**WHEREAS**, the GUC Trustee disputes, in part, the amount of the Claim; and

**WHEREAS,** this Stipulation has been negotiated in good faith and at arms'-length between the GUC Trustee and WG Park.

**NOW, THEREFORE, THE GUC TRUST AND WG PARK STIPULATE AND**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/Clients/smgh/Index.

[2] In addition to the Claim, WG Park also filed three other general unsecured claims against the Debtors, each of which was previously expunged.

**AGREE THAT:**

1. The above recitals are incorporated as if fully set forth herein.

2. The Parties agree that the Claim shall be liquidated, fixed, and allowed as a general unsecured claim against MGC XLIII in the total amount of $1,794,916.02. WG Park shall have no other claims against the chapter 11 Debtors other than the foregoing liquidated, fixed, and allowed general unsecured claim against MGC XLIII.

AGREED AND SUBMITTED BY:

Dated: August 18, 2022    **PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Steven W. Golden*
Jeffrey N. Pomerantz (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com

Robert J. Feinstein (admitted *pro hac vice*)
Steven W. Golden (SBT 24099681)
780 Third Avenue, 34th Floor
New York, NY 10017
Tel: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to the GUC Trust*

Dated: August 18, 2022    **KURTZMAN | STEADY, LLC**

By: */s/ Jeffrey Kurtzman*
Jeffrey Kurtzman
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Tel: (215) 883-1600
kurtzman@kurtzmansteady.com

*Counsel to WG Park Anchor B L*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 18th day of August, 2022, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case via the Court's CM/ECF system for the Northern District of Texas.

                                              */s/ Steven W. Golden*
                                              Steven W. Golden

DOCS_DE:240320.1 01212/001